**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

FILED BY _____ D.C.

AUG 0 5 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Plaintiff: Gerald A. Montaque Jr.

Defendant: SCA Auctions, LLC

Case No.: _____

## JS 44 (Rev. 10/20) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing

and service of pleadings or other papers as required by law, except as provided by local rules of court. This

form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

JS 44 (Rev. 10/20) CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing

and service of pleadings or other papers as required by law, except as provided by local rules of court. This

form, approved by the Judicial Conference of the United States in September 1974, is required for the use of

the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON NEXT PAGE

OF THIS FORM.)

I. (a) PLAINTIFF(S)

Gerald A. Montaque Jr.

114 Berwyn Ave

Syracuse, NY 13210

(b) DEFENDANT(S)

SCA Auctions LLC

15173B NE 21st Ave

North Miami Beach, FL 33162

II. BASIS OF JURISDICTION (Place an X in One Box Only)

3. Federal Question (U.S. Government Not a Party)

III. CITIZENSHIP OF PRINCIPAL PARTIES

(For Diversity Cases Only)

Plaintiff: Citizen of New York

Defendant: Citizen of Florida

IV. NATURE OF SUIT (Place an X in One Box Only)

370 Other Fraud

410 Antitrust

440 Other Civil Rights

480 Consumer Credit

V. ORIGIN (Place an X in One Box Only)

1 Original Proceeding

VI. CAUSE OF ACTION

Title fraud, odometer fraud, misrepresentation, and mail fraud under federal statutes.

VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $50,000

JURY DEMAND: Yes

VIII. RELATED CASE(S) IF ANY (See instructions)

None

Date: July 28, 2025

Signature of Attorney of Record: _Gerald A Montaque Jr._

Pro Se Plaintiff: Gerald A. Montaque Jr.

**FROM:**

GERALD A. MONTAQUE JR
114 BERWYN AVE
Syracuse, NY 13210

**UNITED STATES POSTAL SERVICE.**                                    *Retail*

**G**   US POSTAGE PAID

**$9.50**   Origin: 13215
07/29/25
3583700415-31

**USPS GROUND ADVANTAGE®**

0 Lb 11.30 Oz

**RDC 01**

C071

SHIP TO:

400 N MIAMI AVE
MIAMI FL 33128-1801

Room 8 No 9

**USPS TRACKING® #**

9500 1119 9262 5210 0457 52

Ready