UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Plaintiff: Gerald A. Montaque Jr.

Defendant: SCA Auctions, LLC

Case No.: _____

SUMMONS IN A CIVIL ACTION

To: (Defendants name and address)

SCA Auctions, LLC

15173B NE 21st Ave

North Miami Beach, FL 33162

A lawsuit has been filed against you.


Within 21 days after service of this summons on you (not counting the day you received it)  or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3)  you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney, whose name and address are:


Gerald A. Montaque Jr.

114 Berwyn Ave

Syracuse, NY 13210

Email: geraldmontaque89@gmail.com

Phone: (803) 747-6778


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: _____