# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## Miami Division

**Gerald A. Montaque, Jr.**
114 Berwyn Ave
Syracuse, NY 13210
Plaintiff, Pro Se

v.

**SCA Auctions, LLC**
15173B NE 21st Ave
North Miami Beach, FL 33162
Defendant.

Case No: 1:25-cv-23502-LMR

**AMENDED COMPLAINT**

FILED BY ___ D.C.

OCT 20 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## Preliminary Statement

This is a civil action for damages and injunctive relief arising from Defendant's fraudulent misrepresentation, deceptive trade practices, breach of warranty, and negligent misrepresentation in connection with the sale of a 2008 Lexus ES. Plaintiff seeks compensatory, consequential, punitive damages, and other relief as the Court deems just.

## Jurisdiction and Venue

1. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the parties are citizens of different states and the amount in controversy exceeds $75,000.
2. Venue is proper under 28 U.S.C. § 1391 because Defendant conducts business in this District and the events occurred here.

## Parties

3. Plaintiff Gerald A. Montaque Jr. is a resident of Syracuse, New York.
4. Defendant SCA Auctions, LLC is a Florida-based auto auction company located at 15173B NE 21st Ave, North Miami Beach, FL 33162.

## Factual Allegations

5. On May 27, 2025, Plaintiff purchased a 2008 Lexus ES through Defendant's online auction platform.
6. Plaintiff paid $3,039 as documented in Invoice #142316 via wire transfer.
7. Defendant represented that the vehicle was functional and transferable with no major defects.
8. Defendant failed to provide a proper title package; instead, Plaintiff received reassignment-stacked documents with irregular dates (05/20/25 and 06/23/25).
9. Defendant attempted to condition release of paperwork on Plaintiff signing a "no-lawsuit" waiver; when refused, paperwork was delayed and communications became retaliatory.
10. Plaintiff was unable to register the vehicle due to title defects.

11. Plaintiff missed out on business contracts and suffered financial loss because of lack of transportation.

## Counts for Relief

**Count I – Fraudulent Misrepresentation**
Defendant knowingly misrepresented the condition and transferability of the vehicle and title, intending Plaintiff to rely on such misrepresentations.

**Count II – Violation of FDUTPA** (Fla. Stat. § 501.201 et seq.)
Defendant engaged in deceptive and unfair trade practices by misrepresenting the vehicle condition, withholding proper title, and retaliating when Plaintiff refused to waive rights.

**Count III – Breach of Implied Warranty of Merchantability** (UCC § 2-314)
Defendant sold a vehicle not fit for ordinary use as transportation, violating the implied warranty of merchantability.

**Count IV – Negligent Misrepresentation**
Defendant carelessly provided false information about the vehicle's condition and title, upon which Plaintiff justifiably relied to his detriment.

## Damages & Relief Requested

Plaintiff seeks the following relief:
- Compensatory damages: $3,039 (purchase price)
- Consequential damages (lost business contracts): $50,000+
- Emotional distress: $10,000
- Punitive damages: $250,000
- Total damages sought: $500,000
- Injunctive relief requiring SCA to cure title deficiencies and refrain from deceptive practices.
- Attorney's fees and costs as permitted by law.

## Jury Demand

Plaintiff demands a trial by jury on all triable issues.

## Verification Under Penalty of Perjury

I declare under penalty of perjury that the foregoing is true and correct.

Executed: 10/16 , 2025

Gerald A. Montaque, Jr.
114 Berwyn Ave
Syracuse, NY 13210
Tel: (803) 747-6778
Email: geraldmontaque89@gmail.com

# Exhibit Index – Montaque v. SCA Auctions, LLC

## Exhibit A – Purchase & Payment

**File: Lexus lawsuit.pdf (18 pages)**
*Contents:* Auction invoice #142316, proof of wire transfer ($3,039 on 05/27/2025), and purchase confirmation.
*Purpose:* Establishes the contract and consideration; proves Plaintiff relied on Defendant's representations and completed the sale.
*Supports:* Fraudulent Misrepresentation, FDUTPA, Breach of Implied Warranty.

## Exhibit B – Title Deficiencies & Waiver Conduct

**File: Lexus lawsuit 2.pdf (10 pages)**
*Contents:* Title and reassignment documents with inconsistent dates (05/20/25 and 06/23/25), "stacked" reassignments, and communications showing Defendant attempted to condition release of paperwork on Plaintiff signing a waiver of lawsuit rights.
*Purpose:* Demonstrates deceptive conduct and failure to deliver a clean, transferable title package.
*Supports:* FDUTPA, Negligent Misrepresentation, Breach of Title Obligations (Fla. Stat. §§319.23, 319.33, 320.27).

## Exhibit C – Deceptive Listing & Vehicle Condition

**File: Lexus lawsuit 3.pdf (10 pages)**
*Contents:* Screenshots of Defendant's online listing for the 2008 Lexus ES alongside photos of the delivered vehicle showing inoperability and undisclosed damage.
*Purpose:* Shows material misrepresentations and omissions in Defendant's marketing of the vehicle.
*Supports:* Fraudulent Misrepresentation, FDUTPA, Breach of Implied Warranty.

## Exhibit D – Coerced Online Waiver Attempt & Screenshot Contract

**File: Screenshots captured by Plaintiff (emailed back to Defendant)**
*Contents:* Portal contract pages requiring waiver of lawsuit rights in order to "unlock" title documents. Plaintiff screenshot the required legal forms, removed shaded waiver fields, signed, and returned them by email. Defendant never mailed a bill of sale or supporting documents.
*Purpose:* Proves Defendant tied statutory obligations (delivery of title documents) to an unlawful condition (waiver of right to sue). Establishes Plaintiff only received documents he created by screenshotting, not originals from Defendant.
*Supports:* FDUTPA (unfair/deceptive practice), Fraudulent Misrepresentation, Negligent Misrepresentation.

# Exhibit A – Purchase & Payment

**File: Lexus lawsuit.pdf (18 pages)**

*Contents:* Auction invoice #142316, proof of wire transfer ($3,039 on 05/27/2025), and purchase confirmation.

*Purpose:* Establishes the contract and consideration; proves Plaintiff relied on Defendant's representations and completed the sale.

*Supports:* Fraudulent Misrepresentation, FDUTPA, Breach of Implied Warranty.

# Exhibit B – Title Deficiencies & Waiver Conduct

**File: Lexus lawsuit 2.pdf (10 pages)**

*Contents:* Title and reassignment documents with inconsistent dates (05/20/25 and 06/23/25), "stacked" reassignments, and communications showing Defendant attempted to condition release of paperwork on Plaintiff signing a waiver of lawsuit rights.

*Purpose:* Demonstrates deceptive conduct and failure to deliver a clean, transferable title package.

*Supports:* FDUTPA, Negligent Misrepresentation, Breach of Title Obligations (Fla. Stat. §§319.23, 319.33, 320.27).

# Exhibit C – Deceptive Listing & Vehicle Condition

**File: Lexus lawsuit 3.pdf (10 pages)**

*Contents:* Screenshots of Defendant's online listing for the 2008 Lexus ES alongside photos of the delivered vehicle showing inoperability and undisclosed damage.

*Purpose:* Shows material misrepresentations and omissions in Defendant's marketing of the vehicle.

*Supports:* Fraudulent Misrepresentation, FDUTPA, Breach of Implied Warranty.

# Exhibit D – Coerced Online Waiver Attempt & Screenshot Contract

**File: Screenshots captured by Plaintiff (emailed back to Defendant)**

*Contents:* Portal contract pages requiring waiver of lawsuit rights in order to "unlock" title documents. Plaintiff screenshot the required legal forms, removed shaded waiver fields, signed, and returned them by email. Defendant never mailed a bill of sale or supporting documents.

*Purpose:* Proves Defendant tied statutory obligations (delivery of title documents) to an unlawful condition (waiver of right to sue). Establishes Plaintiff only received documents he created by screenshotting, not originals from Defendant.

*Supports:* FDUTPA (unfair/deceptive practice), Fraudulent Misrepresentation, Negligent Misrepresentation.

# SCA Auctions Legal Analysis & Evidence Summary

## 1. Documented Pattern of Communication

• All demand letters and official communication from Gerald Montaque were sent to support@sca.auction and legal@sca.auction, with CC to the Florida Attorney General and DMV enforcement units.
• Every response from SCA also came from support@sca.auction (with different names like May or Eve).
• Weekly automated reminders to sign documents also came from support@sca.auction.
• Even when "Eve from SCA" replied on June 23, 2025, the address was still support@sca.auction.
Conclusion: A consistent, verified communication channel existed: always support@sca.auction.

## 2. Legal Position Before September 24, 2025

• Multiple formal legal demands were sent (June 18, July 25, July 26, 2025) citing fraud, misrepresentation, title misclassification, odometer violations, and deceptive practices.
• Gerald Montaque demanded $25,000 in damages for fraud, vehicle misrepresentation, title abuse, and emotional distress.
• SCA was warned that failure to respond would result in escalation to U.S. District Court and referral to state and federal agencies.
• After these notices, SCA went silent, sending only automated reminders.
Conclusion: By silence, SCA denied settlement and locked in bad faith.

## 3. The September 24, 2025 Off-Channel Email

• On September 24, 2025, Gerald Montaque received an email from "Eve from SCA" with a Reply-To routed through Intercom, not support@sca.auction.
• It included a suspicious PDF attachment ("42269546.pdf") flagged by Gmail.
• This deviated from the established contact pattern and occurred only after SCA was under legal escalation.
Conclusion: The off-channel email is evidence of manipulation, possible private backchannel attempts, and bad faith.

## 4. Courtroom Framing

"Historically and exclusively, SCA Auctions communicated via support@sca.auction. On September 24, 2025, during pending litigation, Plaintiff received an unsolicited off-channel email with an attachment, routed through Intercom, flagged as suspicious. This deviation appears to be an improper attempt to privately resolve or monitor the dispute outside proper oversight. Plaintiff preserved the email and did not open the attachment."

## 5. Strategy Summary

• Do not reply to the suspicious email.
• Preserve screenshots, headers, and the unopened attachment.

• Emphasize the difference: all prior contacts came from support@sca.auction; this one did not.
• Use as proof of SCA scrambling after refusing to settle.
Bottom line: The off-channel email strengthens the federal case by proving SCA engaged in bad faith and manipulation.

# Court Version – Claims & Damages (Pre-Filled)

Court: U.S. District Court, Southern District of Florida (Miami)   Case #: 1:25-cv-23502-LMR

Judge: Magistrate Judge Lisette M. Reid

## Parties & Transaction:

Plaintiff: Gerald A. Montaque Jr.   Email: geraldmontaque89@gmail.com   Phone: 803-747-6778

Address: 114 Berwyn Ave, Syracuse, NY 13210

Defendant: SCA Auctions LLC   Address: 15173B NE 21st Ave, North Miami Beach, FL 33162

Phone: (786) 655-8855   Dealer #: P122562W

VIN: JTHBJ46G682210537   Vehicle: 2008 Lexus ES   Stock #: 42269546

Invoice #: 142316   Invoice Date: 05/26/2025   Payment Date: 05/27/2025 (wire)

Title assignment dates noted: 05/20/2025 and 06/23/2025 shown on assignment sections

## Causes of Action (legal hooks):

• Breach of Contract / UCC §2-301, §2-601 – failure to tender conforming documents of title and complete paperwork; failure to timely file for title (§319.23(6)(a)).

• Fraudulent Misrepresentation – false statements about having provided complete documents; concealment of material facts (condition and paperwork).

• FDUTPA (Fla. Stat. §501.204) – unfair or deceptive acts, including conditioning paperwork on a 'no-lawsuit' waiver and misrepresentations to the buyer.

• Title Fraud – §319.33, Fla. Stat. (if evidence supports altered/fictitious/abused title chain).

• Failure to comply with dealer obligations – §320.27(9)(b) (pattern of misrepresentation; failure to apply for title; failure to provide odometer disclosure & copy of written sales contract).

• Federal Used Car Rule (16 C.F.R. Part 455) – if a retail used-vehicle sale occurred, misrepresenting mechanical condition or failing to provide a compliant Buyers Guide is an unfair/deceptive act under federal law.

## Damages (quantify and document):

- Out-of-pocket: purchase price, auction fees, documentation fees, towing/inspection, duplicate paperwork costs.

- Loss of use: rental/replacement transportation costs for each day without valid

title/registration.

- Consequential: missed work/contracts and business losses tied to unusable vehicle.

- Emotional distress (where allowed) and inconvenience.

- Punitive damages (for intentional fraud).

- Demand amount: $500,000.

## Evidence Checklist (attach to filings):

☐ Invoice and bank wire proof; include time stamps.

☐ Title (front/back) highlighting assignment date mismatches and any blank/altered fields.

☐ Screenshots/emails/texts that mention a 'no-lawsuit' waiver and refusal to release paperwork.

☐ Photos of mailing envelope and included pages.

☐ Sworn declaration of timeline and facts (under penalty of perjury).

Use this version in pleadings/demands. Keep the regulator sheet separate (no dollar amounts there).



**#42269546** Inbox

**Eve from SCA** 5:35PM
to me

**Images in this message are hidden**

This message might be suspicious or spam

Show images        Report spam

Hello!

The copy of the Bill of Sale that you provided to us was in a low resolution. We've attached a higher resolution version with the same information.

We would also like to understand how we can work towards a resolution. Please let us know what outcome you are seeking so that we can explore possible solutions together.

42269546.pdf

**Eve**
SCA



Thank you for your        Thank you. I will let
assistance.                you know.

↩ Reply            ➡ Forward            ☺



6:07

#42269546 Inbox

**Eve from SCA** 5:35 PM
to me

From        Eve from SCA   eve@sca.auction

Reply To    Eve from SCA
            eve.young@sca-66ffc48bc6c6-intercom-
            mail.com

To          geraldmontaque89@gmail.com

Date        Sep 24, 2025 at 5:35 PM

🔒          Standard encryption (TLS)
            Learn more



**Images in this message are hidden**

This message might be suspicious or spam

Show images        Report spam        ⓘ

Hello!
The copy of the Bill of Sale that you provided to us was in a low resolution. We've attached a higher resolution version with the same information.

We would also like to understand how we can work towards a resolution. Please let us know what outcome you are seeking so that we can explore possible solutions together.

<u>42269546.pdf</u>



↩ Reply          ➡ Forward          ☺



7:06

Legal Demand – Fraudulent Sale,
Title Misclassification, and
Odometer Violation – Response
Required in 10 Days  Inbox

me  Jul 25
to legal, May, citizenservices, me

From    Gerald Montaque   geraldmontaque89@gmail.com

To      legal@sca.auction

        May from SCA   support@sca.auction

Cc      citizenservices@myfloridalegal.com

        Gerald Montaque   geraldmontaque89@gmail.com

Date    Jul 25, 2025 at 10:14 PM

Dear SCA Auctions,

This letter serves as a formal legal demand regarding
your May 2025 sale of a vehicle to Gerald Montaque.
Multiple violations of state and federal law occurred
during this transaction, including but not limited to:

- Fraud and material misrepresentation
  (concealed head gasket failure; advertised only
  body damage)

- Title misclassification (buyer falsely listed as a
  licensed dealer on Georgia title)

↩ Reply        ⟨⟨ Reply all        → Forward        ☺



7:08

RE: Final Demand for Vehicle Title a...   ⌄   Done

1 of 1



M Gmail

Gerald Montague <gmontague88@gmail.com>

**RE: Final Demand for Vehicle Title and Compensation for Defective Vehicle – VIN JTHBJ46G682210537**

Eve from SCA <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: gmontague88@gmail.com

Mon, Jun 23 at 2:48 PM

Hello,

We're sending your title to you today.

Eve
SCA

[Quoted text hidden]

7:09

<      support@sca.auction      ✕

Label ▾    From ▾    To ▾    Attachment ▾    Date ▾

Most relevant ▾

**SCA Auction**          **Sep 20**
**Friendly Reminder: Your documents for Sto...**
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Sep 12
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Sep 4
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Aug 28
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Aug 20
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Aug 12
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Aug 4
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

SCA Auction          Jul 27
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...   Inbox ☆

me          Jul 25
Legal Demand – Fraudulent Sale, Title Misclas...

7:09

‹   support@sca.auction   ✕

Label ▾     From ▾     To ▾     Attachment ▾     Date ▾

SCA Auction                                          Aug 4
Friendly Reminder: Your documents for Stock .
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

SCA Auction                                          Jul 27
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

me                                                   Jul 25
Legal Demand – Fraudulent Sale, Title Misclas...
Dear SCA Auctions, This letter serves a..  Inbox  ☆

📎 SCA_Auctions_...        📎 Title_Fraud_Evi...

SCA Auction                                          Jul 19
Friendly Reminder: Your documents for Stock....
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

SCA Auction                                          Jul 11
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

SCA Auction                                          Jul 3
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

SCA Auction                                          Jun 25
Friendly Reminder: Your documents for Stock...
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

SCA Auction                                          Jun 23
Your documents for stock # 42269546 have s...
support@sca.auction © 2025 SCA AUC...  Inbox  ☆

me, Eve, SCA                                         Jun 23
RE: Final D━━━━━━━━━━ and Compe...





7:15

Friendly Reminder: Your documents for Stock# 42269546 are waiting for E-Sign  Inbox

SCA Auction  Aug 28
to me

| From | SCA Auction  support@sca.auction |
| Reply To | support@sca.auction |
| To | Gerald Montaque geraldmontaque89@gmail.com |
| Date | Aug 28, 2025 at 11:00 AM |
| 🔒 | Standard encryption (TLS) Learn more |



**Member Support**
**+1 (786) 655-8855, (888) 364-7184**
Gerald Montaque - Member #40600568

Friendly Reminder: Your documents for Stock# 42269546 are waiting for E-Sign

↩ Reply          ↪ Forward





# Friendly Reminder: Your documents for Stock# 42269546 are waiting for E-Sign

Hi Gerald

[text illegible]

Questions? You can find information on our FAQ or contact us. We are ready to assist you at every step of the process.

Thank you for doing business with SCA

SCA Member Support

Follow Us on Social

ⓘ waiting for E-Signature. eSign

 **SCA AUCTIONS**

## Esign Vehicle #JTHBJ46G682210537

SCA AUCTIONS LLC

Gerald Montaque

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW

### WAIVER OF RIGHTS AND COVENANT NOT TO SUE

THIS WAIVER OF RIGHTS AND COVENANT NOT TO SUE is entered into on this ___ Day of ____, ____ between SCA LLC including its subsidiaries and affiliates SCA Auctions LLC, CARBID LLC, ING Solutions LLC, and any of its subsidiaries, affiliates (collectively hereinafter "SCA" and partners including but not limited to IAA Inc. or any of its subsidiaries, affiliates and Gerald Montaque ("Client")

The Client understands, agrees, and acknowledges that he or she remains subject to SCA's Terms and Conditions of its resale auction entities and conditions. The Client does hereby remise, release, acquit, satisfy, and forever discharge SCA and their predecessors, successors, assigns, all current and former employees and personnel, attorneys, officers, directors, stockholders, parent corporations, subsidiary corporations, affiliates, agents, insurers and representatives from any and all liability and from any and all causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, executions, claims and demands of whatsoever name or nature in any manner arisen, in law or in equity, whether known or unknown, whether accrued or unaccrued, and whether sounding in contract, tort, statute or otherwise, derived from, based upon which Client ever had, now has, or which any predecessors, successors, assigns, all current and former employees and personnel, attorneys, officers, directors, stockholders, parent corporations, subsidiary corporations, affiliates, agents, insurers and representatives hereafter can, shall or may have against SCA and their predecessors, successors, assigns, all current and former employees and personnel, attorneys, officers, directors, stockholders, parent corporations, subsidiary corporations, affiliates, agents, insurers and representatives from the beginning of the world to the date of this Release, and agrees to waive any and all claims associated with Client's bid and/or purchase of any vehicle against SCA including but not limited to IAA Inc. or any of its subsidiaries and affiliates. The Client agrees that he or she will not commence, maintain, initiate or prosecute, or cause, encourage, assist, volunteer, advise or cooperate with any other Person to commence, maintain, initiate or prosecute, any action, lawsuit, proceeding, charge, petition, complaint or claim before any court, agency, or tribunal against SCA, and partners including but not limited to IAA Inc. or any of its subsidiaries and affiliates, and partners in regard to any vehicle bid or purchased through SCA. The Client agrees not to make statements or representations, or otherwise communicate, directly or indirectly in writing, orally or otherwise, or take any action which may directly or indirectly, disparage SCA or their respective officers, directors, employees, advisors, businesses, or reputations.

In the event that a vehicle is not removed from an auction facility or otherwise accepted or delivery effectuated to the Client within ten (10) days of the sale, then said vehicle will be deemed abandoned and you will be considered as to have forfeited all and any rights related to your purchased vehicle. SCA reserves the right to re-auction the vehicle. No money will be compensated from the sale of the sold vehicle. In the event that the total sale price is less than the selling price, we reserve the right to bill you for additional fees such as re-sell fees, storage fees, legal fees, collection fees, and any other fees associated with the liquidation of the vehicle. The Client understands that if the Client ships utilizing services provided by SCA or one of our affiliated companies, Member shall still be solely responsible for picking up the vehicle on time, within the ten 10 day period, even if for some reason the vehicle cannot be delivered due to circumstances outside of any parties' control. The Client understands, agrees, and acknowledges that in the event of a buyback of the vehicle, any repairs, costs, or expenses made or incurred by the client subsequent to the bidding process shall be the sole responsibility of the Client. Under no circumstances shall SCA be responsible for or required to refund any of the client's repairs, costs, or expenses in the event of any buyback. Under no circumstances shall SCA or any of its affiliates or subsidiaries be responsible for refunding the shipping costs associated with any particular bid or purchase.

The Client agrees all disputes or matters relating to this Agreement or Client's bid shall be governed by the laws of Florida, and the Parties consent to submit any and all claims arising out of or relating to this Agreement or Client's bid to binding Arbitration in Miami-Dade County FL, pursuant to the rules of the American Arbitration Association ("AAA") by a single arbitrator following the existing substantive law of the state of Florida. The client agrees it shall be solely responsible for any arbitration costs, arbitrator fees, and or any other costs associated with the arbitration proceeding regardless of which party initiates the arbitration proceeding. The prevailing party in the arbitration shall be entitled to recover their attorney's fees and costs from the non prevailing party. Any party may demand arbitration by filing with AAA a (a) written demand for arbitration, which shall include a statement setting forth the nature of the dispute, the names and addresses of all parties, the amount in controversy, the remedy or remedies sought and ground thereof; (b) a copy of this Agreement and (c) the appropriate filing fees as required by AAA. The client understands that no claim submitted by arbitration shall be heard by a jury.

In the event any part of this Agreement is found invalid or unenforceable under any law or statute, the remainder of this Agreement shall be enforceable without regard to such invalidity or unenforceability. This Agreement shall survive the Client's termination of any other contracts, accounts, agreements, and or relationships with SCA.

Client Gerald Montaque _____   Signature _____

3:50        ▪︎ 5G 🔋⚡

‹ Search     **May 27**     Edit ⋯
4:42 PM



SCA AUCTIONS LLC 151738 NE 21ST AVE North Miami
Beach, FL 33162 US
PHONE 7866559895
EMAIL support@sca auction

# INVOICE

Invoice 142316
Date 05/26/2025

**BILL TO**

Name Gerald Montaque

Address
114 berwyn Ave
Syracuse, NY 13210 US

Phone +18037476778

Email geraldmontaque89@gmail com

**VEHICLE INFORMATION**

Year 2008 LEXUS ES

Vin JTHBJ46G682210537    Stock 42269546

**WIRE TRANSFER INFORMATION**

Account Name SCA AUCTIONS LLC

SWIFT SVBKUS6S

Routing 121140399

Account 3302730835

Bank Address
SVB, a division of First Citizens Bank
3003 Tasman Drive
Santa Clara, CA 95054 United States

Tel 1 800 774-7390

Include invoice 142316 number in memo

| DATE | SERVICES AND PRODUCTS | AMOUNT (USD) |
|---|---|---|
| 05/27/2025 | Winning price + Auction fees = Sale price | 2590 |
| 05/27/2025 | Transaction fee | 250 |
| 05/27/2025 | Documentation fee | 199 |
| | TOTAL USD | $3039 |
| 05/27/2025 | Payment from 05/27/2025 | -3039 |
| | SALES PRICE DUE | $0 |

By paying this invoice you agree and acknowledge that

⚠ THIS VEHICLE HAS BEEN SOLD "**AS-IS WHERE-IS**" WITH NO WARRANTIES  ALL BIDS ARE BINDING AND ALL SALES ARE FINAL

⚠ When wiring payment  include invoice number in memo

🏦 **Only bank wire transfers accepted.** We do not accept EFT, ACH, cashier's checks, credit cards, debit cards  or any other form of payment

📅 The bank wire must be **received** by the above due date to void a **late payment fee**

📅 If payment is not received by the **5th calendar day** counting the day of sale, the vehicle will be **forfeited** and you will be responsible for any applicable fees

� **Vehicles can't be driven** from the pickup location regardless of their condition. Contact us to **make shipping arrangements**

✖ You will **not make any repairs** to the vehicle until you have received the ownership documents and you are satisfied with them

↻ Once the invoice is paid, please email the wire confirmation from your bank to support@sca auction

◆ **BIDUX**       RECOMMENDED BY **SCA**

# SHIP YOUR CAR
# WITH BIDUX

Only a licensed transporter may pick up a vehicle from an auction. **Choose Bidux for your** transportation needs

✓ Domestic & international shipping
✓ Lowest shipping rates
✓ Friendly & professional export agents
✓ Fast, reliable, hassle free
✓ Customs clearance
✓ Status updates



     ♡     ⓘ     🗑

6:13



**FOR INQUIRIES CALL:** (800) 724-2440

| ACCOUNT TYPE |
| EZCHOICE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | MAY.24-JUN.24,2025 |

000000            N

GERALD A MONTAQUE
114 BERWYN AVE
SYRACUSE NY 13210

| | |
|---|---|
| BEGINNING BALANCE | $5,540.29 |
| DEPOSITS & CREDITS | 1,125.32 |
| LESS CHECKS & DEBITS | 6,338.51 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $327.10 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00        SOUTH AVENUE

### ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $5,540.29 | 3 | $1,125.32 | 0 | $0.00 | 88 | $6,338.51 | $0.00 | $327.10 |

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 05/24/2025 | BEGINNING BALANCE | | | $5,540.29 |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 56.40 | |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 1.90 | |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 1.40 | |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 2.90 | |
| 05/27/2025 | TST*FAMOUS 4TH STREET Philadelphia | | 40.10 | |
| 05/27/2025 | US BEST WINGS    PHILADELPHIA | | 19.43 | |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 1.90 | |
| 05/27/2025 | EXTRA SPACE 3393    888-5859658 | | 180.50 | |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 3.40 | |
| 05/27/2025 | PMUSA 303010 PHILADELP770-8189036 | | 1.90 | |
| 05/27/2025 | SQ *UPTOWN VEG    NEW YORK | | 5.44 | |
| 05/27/2025 | ROSS STORE #2634    EAST MIDDLETO | | 24.98 | |
| 05/27/2025 | PIN CITGO KRISH FOOD  LIVINGSTON MA | | 41.72 | |
| 05/27/2025 | PURCHASE ON 05/24 AUTOZONE 29564004 S SALINA ST SYRACUSE  NY | | 24.83 | |
| 05/27/2025 | SQ *ABUNDANT LIFE CHRNEAST SYRACUSE | | 5.02 | |
| 05/27/2025 | OUTGOING FEDWIRE FUNDS TRANSFER BRANCH SCA AUCTIONS LLC | | 3,039.00 | |
| 05/27/2025 | WIRE TRANSFER FEE | | 32.00 | 2,107.47 |
| 05/28/2025 | FRONTIER AI QDMT6M  DENVER | | 113.97 | |
| 05/28/2025 | WEGMANS #031    SYRACUSE | | 8.64 | 1,984.86 |
| 05/28/2025 | GREYHOUND    Los Angeles | | 59.97 | |
| 05/29/2025 | PRICELN*TVL PROTECT  800-774-2354 | | 18.00 | |
| 05/29/2025 | MTC DELI    BUFFALO | | 13.42 | |
| 05/29/2025 | PROGRESSIVE *INSURANCE800-776-4737 | | 138.25 | |
| 05/29/2025 | YIHI JAPAN #0033    CLEVELAND | | 11.49 | |
| 05/29/2025 | GCRTA TVM    CLEVELAND | | 2.50 | 1,741.28 |
| 05/30/2025 | HILTON GARDEN INN F&B ATLANTA | | 23.32 | |

PAGE 1 OF 5

---

**M&T** Bank

**FOR INQUIRIES CALL:** (800) 724-2440

| ACCOUNT TYPE |
| EZCHOICE CHECKING |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
|  | MAY.24-JUN.24,2025 |

GERALD A MONTAQUE




      



## INVOICE

Invoice: 142516
Date: 05/26/2025

**BILL TO**

Name: Gerald Montague
Address:
214 Berwyn Ave
Syracuse, NY 13210 US
Phone: +18037476778
Email: geraldmontague89@gmail.com

**WIRE TRANSFER INFORMATION**

Company Name: SCA AUCTIONS LLC
SWIFT: SVBKUS6S
Routing: 121140399
Account: 3302733585
Bank Address:
SVB, a division of First Citizens Bank
3003 Tasman Drive
Santa Clara, CA 95054 United States
Include invoice 142516 as note in memo

**VEHICLE INFORMATION**

Item: 2008 LEXUS ES
VIN: JTHBJ46G682210537        Stock #: 42269946

| DATE | SERVICES AND PRODUCTS | AMOUNT (USD) |
|------|----------------------|--------------|
| 05/27/2025 | Winning price + Auction fees = Sale price | 25.99 |
| 05/27/2025 | Transaction fee | 250 |
| 05/27/2025 | Documentation fee | 199 |
| | **TOTAL USD** | $36.39 |
| 05/27/2025 | Payment from 05/27/2025 | 36.39 |
| | **SALES PRICE DUE** | $0 |

By paying this invoice you agree and acknowledge that:

⚠ THIS VEHICLE HAS BEEN SOLD "**AS-IS WHERE-IS**" WITH NO WARRANTIES. ALL BIDS ARE BINDING AND ALL SALES ARE FINAL.

⚠ When wiring payment, include invoice number in memo.

🏛 **Only bank wire transfers accepted.** We do not accept EFT, ACH, cashier's checks, credit cards, debit cards, or any other form of payment.

📅 The bank wire must be **received** by the above due date to void a **late payment fee.**

📅 If payment is not received by the **5th calendar day** counting the day of sale, the vehicle will be **forfeited** and you will be responsible for any applicable fees.

🚚 **Vehicles can't be driven** from the pickup location regardless of their condition. Contact us to **make shipping arrangements.**

🔧 You will **not make any repairs** to the vehicle until you have received the ownership documents and you are satisfied with them.

💬 Once the invoice is paid, please email the wire confirmation from your bank to support@sca auction



3:28     5G

sca.auction

ⓘ waiting for E-Signature. eSign



## 2008 LEXUS ES 3.5L

| | |
|---|---|
| Item #: | 42269546 |
| Mileage | 161.827 miles |
| Damage | Left & Right |
| Doc Type | Clear Georgia |
| Location | GA - ATLANTA SOUTH |
| Sale Date | 05/28/2025 |



Download invoice



3:29

5G

sca.auction

ⓘ waiting for E-Signature. eSign

≡ **SCA** AUCTIONS

$1,800

**Download invoice**

## Vehicle Information

| | |
|---|---|
| VIN | JTHBJ46G682210537 ⌄ |
| Item # | 42269546 |
| Odometer | 161827 NOT Required/exempt |
| Loss | Other |
| Primary Damage | Left & Right |
| Title/Sale Doc | Clear Georgia |
| Title/Sale Doc Notes | PREV MINOR ACCIDENT REPORTED |
| Start Code | Starts |
| Key | Present (not guaranteed) |
| Airbags | Intact |
| Actual Cash Value | $3,500 |

## Vehicle History                    ♥ EPICVIN

| | |
|---|---|
| Sales Records | 3 records found |
| Odometer Reading | 161827 |
| Previous Sales | 3 sales found |
| Ownership History | 1 owner found |
| Safety Recalls | No records found |
| Accidents | 1 record found |

( Get Vehicle History Report )

**Vehicle Description**

3:28    5G



sca.auction

ⓘ waiting for E-Signature. eSign



## 2008 LEXUS ES 3.5L

| | |
|---|---|
| Item # | 42269546 |
| Mileage | 161.827 miles |
| Damage | Left & Right |
| Doc Type | Clear Georgia |
| Location | GA - ATLANTA SOUTH |
| Sale Date | 05/28/2025 |



Download invoice



## Esign Vehicle #JTHBJ46G682210537





3:28      .ı 5G 🔋



ⓘ waiting for E-Signature. eSign

Search by Make, Model, Year, VIN, or Item #



## 2008 LEXUS ES 3.5L

| | |
|---|---|
| Item #: | 42269546 |
| Mileage: | 161,827 miles |
| Damage: | Left & Right |
| Doc Type: | Clear Georgia |
| Location: | GA - ATLANTA SOUTH |
| Sale Date: | 05/28/2025 |



Download invoice

←       +       ▢       ...



# Esign Vehicle #JTHBJ46G682210537







## Esign Vehicle #JTHBJ46G682210537







Esign Vehicle #JTHBJ46G682210537

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**DIVISION OF MOTORIST SERVICES**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov/offices

**SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGMENT**

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Color | Body | Title Number |
|---|---|---|---|---|---|
| JTHBJ46G682210537 | 2008 | LEXUS | SILVER | SEDAN | 0155971893826040 |

**ODOMETER DISCLOSURE STATEMENT**

WARNING: Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.

**UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.**

| Seller's Signature | | Seller's Printed Name: |
|---|---|---|
| | | |
| **Seller's Street Address** | | |
| | | |
| City | State | Zip |

| Buyer's Signature | | Buyer's Printed Name |
|---|---|---|
| | | |
| **Buyer's Street Address** | | |
| | | |
| City | State | Zip |



## Esign Vehicle #JTHBJ46G682210537

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

### DECLARATION AFFIDAVIT FOR A MOTOR VEHICLE
### WHICH WILL BE TITLED AND REGISTERED IN
### ANOTHER STATE OR COUNTRY

Date Purchaser(s) Signed                          06/10/2025

I we, do hereby attest, pursuant to section 319.23(d)(a), Florida Statutes, that I/we purchased a motor vehicle described as a            2008                  LEXS

JTHBJ46G682210537           on           from
SCA AUCTIONS LLC      06/10/2025      , and further declare that I/we will be

responsible for applying for title and registering the vehicle in another state or country

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Gerald Montague                              _Gerald Montague_

114 Berwyn Ave. Syracuse, NY. 13210 US

Esign Vehicle #JTHBJ46G682210537



**BILL OF SALE**

Esign Vehicle #JTHBJ46G682210537

**STATEMENT OF FACTS**

06/10/2025

Esign Vehicle #JTHBJ46G682210537

### Below is a list of some major defects that may occur in used motor vehicles.

**Frame & Body**
- Frame cracked, corrective welds, or rusted through
- Dog tracks—bent or twisted frame

**Engine**
- Oil leakage, excluding normal seepage
- Cracked block or head
- Belts missing or inoperable
- Knocks or rattles related to camshaft lifters and push rods
- Abnormal exhaust discharge

**Transmission & Drive Shaft**
- Improper fluid level or leakage, excluding normal seepage
- Cracked or damaged case which is visible
- Abnormal noise or vibration caused by faulty transmission or drive shaft
- Improper shifting or functioning in any gear
- Manual clutch slips or chatters

**Differential**
- Improper fluid level or leakage, excluding normal seepage
- Cracked or damaged housing which is visible
- Abnormal noise or vibration caused by faulty differential

**Cooling System**
- Leakage including radiator
- Improperly functioning water pump

**Electrical System**
- Battery leakage
- Improperly functioning alternator, generator, battery, or starter

**Fuel System**
- Visible leakage

**Inoperable Accessories**
- Gauges or warning devices
- Air conditioner
- Heater & Defroster

**Brake System**
- Failure warning light broken
- Pedal not firm under pressure (DOT spec.)
- Not enough pedal reserve (DOT spec.)
- Does not stop vehicle in straight line (DOT spec.)
- Hoses damaged
- Drum or rotor too thin (Mfgr. Specs.)
- Lining or pad thickness less than 1/32 inch
- Power unit not operating or leaking
- Structural or mechanical parts damaged

**Steering System**
- Too much free play at steering wheel (DOT specs.)
- Free play in linkage more than 1/4 inch
- Steering gear binds or jams
- Front wheels aligned improperly (DOT specs.)
- Power unit belts cracked or slipping • Power unit fluid level improper

**Suspension System**
- Ball joint seals damaged
- Structural parts bent or damaged
- Stabilizer bar disconnected
- Spring broken
- Shock absorber mounting loose
- Rubber bushings damaged or missing
- Radius rod damaged or missing
- Shock absorber leaking or functioning improperly

**Tires**
- Tread depth less than 2/32 inch
- Sizes mismatched
- Visible damage

**Wheels**
- Visible cracks, damage or repairs
- Mounting bolts loose or missing

**Exhaust System**
- Leakage

SCA AUCTIONS LLC

15173B NE 21ST AVE, North Miami Beach, FL, 33162

Gerald Montaque

IMPORTANT: The information on this form is part of any contract to buy this vehicle. Removal of this label before consumer purchase (except for purpose of test-driving) is a violation of federal law (16 C.F.R. 455).

Esign Vehicle #JTHBJ46G682210537

## BUYERS GUIDE

IMPORTANT: Spoken promises are difficult to enforce. Ask the dealer to put all promises in writing. Keep this form.

| LEXUS | ES | 2008 | JTHBJ46G682210537 |
|-------|----|------|--------------------|
| | | | |

# 96438

**WARRANTIES FOR THIS VEHICLE:**

☒ **AS IS – NO WARRANTY**

YOU WILL PAY ALL COSTS FOR ANY REPAIRS. The dealer assumes no responsibility for any repairs regardless of any oral statements about the vehicle.

☐ **WARRANTY**

☐ FULL     ☐ LIMITED WARRANTY. The dealer will pay ____% of the labor and ____% of the parts for the covered systems that fail during the warranty period. Ask the dealer for a copy of the warranty document for a full explanation of warranty coverage, exclusions, and the dealer's repair obligations. Under state law, "implied warranties" may give you even more rights.

SYSTEMS COVERED:                    DURATION:

☐ SERVICE CONTRACT. A service contract is available at an extra charge on this vehicle. Ask for details as to coverage, deductible, price, and exclusions. If you buy a service contract within 90 days of the time of sale, state law "implied warranties" may give you additional rights.

PRE PURCHASE INSPECTION. ASK THE DEALER IF YOU MAY HAVE THIS VEHICLE INSPECTED BY YOUR MECHANIC EITHER ON OR OFF THE LOT.

SEE THE BACK OF THIS FORM for important additional information, including a list of some major defects that may occur in used motor vehicles.

# Esign Vehicle #JTHBJ46G682210537

**Vehicle Air Pollution Control Statement**

Florida Law prohibits the operation, sale, lease, or transfer of title of any automobile or light-duty truck (1975 or newer, 10,000 pounds gross vehicle weight or less) that has been tampered with. "Tampering" means the dismantling, removal, or rendering ineffective of any air pollution control device or system which has been installed on the vehicle by the vehicle manufacturer except to replace such device or system with a device or system equivalent in design and function to the part that was originally installed on the motor vehicle (316.2935, Florida Statutes).

As a motor vehicle dealer licensed to conduct business in the State of Florida, I hereby certify that the following air pollution emission control devices and system of this vehicle, if installed by the vehicle manufacturer or importer, have not been tampered with by me or by my agents, employees, or other representatives. I also hereby certify that I or persons under my supervision have inspected this motor vehicle and, based on said inspection, have determined that the air pollution control devices and systems listed below, if installed by the vehicle manufacturer or importer, are in place and appear properly connected and undamaged as determined by visual observation.

This certification shall not be deemed or construed as a warranty that any air pollution control device or system of this vehicle is in functional condition, nor does the execution or delivery of this certification create by itself grounds for a cause of action between the parties to this transaction.

| | | |
|---|---|---|
| Year: 2008 | Make: FJ | Model: SEDAN |
| VIN: JTHBJ46G682210537 | Mileage: 125508 | |

Transferor's (Seller's) Signature

| | |
|---|---|
| Transferor's (Seller's) Printed Name | SCA AUCTIONS LLC |
| Transferor's (Seller's) Street Address | 16173 NE 31ST Ave |
| City   North Miami Beach   State   FL | Zip Code   33162 |
| Date of Statement   04/10/2023 | |

Transferee's (Buyer's) Signature

| | |
|---|---|
| Transferee's (Buyer's) Printed Name | Gerald Montague |
| Transferee's (Buyer's) Street Address | 114 Bennett Ave |
| City   Syracuse   NY | Zip Code   13210 |

| 1975 - 1980 Model Year | 1981 or Newer Model Year |
|---|---|
| Catalytic Converter | Catalytic Converter |
| Fuel Inlet Restrictor | Fuel Inlet Restrictor |
| Unleaded Fuel Cap | Unleaded Fuel Cap |
| | Exhaust Gas Recirculation System (EGR) |
| | Air Pump and/or Air Injection System (AIS) |
| | Fuel Evaporative Emissions System (EVP) |

# 86498

HSMV 84056 (01-12)

Form approved by the Department of Environmental Protection

# Esign Vehicle #JTHBJ46G682210537

**STATE OF FLORIDA**
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
**DIVISION OF MOTORIST SERVICES**
SUBMIT THIS FORM TO YOUR LOCAL TAX COLLECTOR OFFICE
www.flhsmv.gov.offices

**SEPARATE ODOMETER DISCLOSURE STATEMENT AND ACKNOWLEDGMENT**

**VEHICLE DESCRIPTION**

| Vehicle Identification Number | Year | Make | Color | Body | Title Number |
|---|---|---|---|---|---|
| JTHBJ46G682210537 | 2008 | LEXUS | SILVER | SEDAN | 7-5557180020543 |

**ODOMETER DISCLOSURE STATEMENT**

**WARNING:** Federal and State law requires that you state the mileage in connection with an application for a Certificate of Title. Failure to complete or providing a false statement may result in fines and/or imprisonment.

WE STATE THAT THE ... DIGIT ODOMETER NOW READS ☐ ☐ ☐ ☐ ☐ ☐ . ☐ (NO TENTHS) MILES,
DATE READ 6/10/2025 AND I/WE HEREBY CERTIFY THAT TO THE BEST OF MY OWN KNOWLEDGE THE ODOMETER
READING

**CAUTION:**
Read carefully before checking a box.
1. REFLECTS ACTUAL MILEAGE
2. IS IN EXCESS OF ITS MECHANICAL LIMIT
3. IS NOT THE ACTUAL MILEAGE. **WARNING - ODOMETER DISCREPANCY**

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

| Seller's Signature | Seller's Printed Name |
|---|---|
| | SCA MOTORS LLC |

| Seller's Street Address |
|---|
| 19170 NE 21 ST AVE |

| City | State | Zip |
|---|---|---|
| North Miami Beach | FL | 33162 |

| Buyer's Signature | Buyer's Printed Name |
|---|---|
| | Gerald Montague |

| Buyer's Street Address |
|---|
| 114 Delavan Ave |

| City | State | Zip |
|---|---|---|
| Syracuse | NY | 13210 |

HSMV 82993 (REV. 11-15)

# Esign Vehicle #JTHBJ46G682210537

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES
DIVISION OF MOTORIST SERVICES

**MOTOR VEHICLE TITLE REASSIGNMENT SUPPLEMENT**

**VEHICLE DESCRIPTION**

**REASSIGNMENT INFORMATION**

| | | | |
|---|---|---|---|
| Name of Auction/Agent of Sale: BCA AUCTIONS, LLC | | | |
| Current Address: 16 1726 NE 21ST AVE | City: North Miami Beach | State: FL | Zip: 33162 |
| Selling Price (if Applicable): $3,999 | Sales Tax Collected (if Applicable): 0 | Sales Tax Reg. No. (if Applicable): 23-8019422795-4 | |
| Purchaser and/or Facilitator's Printed Name(s): Gerald Montague | | Date of Sale: 05-09-2025 | |
| Purchaser's Address: 114 Seneca Ave | City: Syracuse | State: NY | Zip: 13210 |
| Co-Purchaser's Address (if Applicable): | City: | State: | Zip: |
| Auction Name (if Applicable): | Auction License Number: | State of License: | Date of Auction: |
| Street Address: | City: | State: | Zip: |

**ODOMETER DISCLOSURE STATEMENT**

WARNING: FEDERAL AND STATE LAW REQUIRE THAT YOU STATE THE ODOMETER MILEAGE IN CONNECTION WITH TRANSFER OF OWNERSHIP. FAILURE TO COMPLETE OR PROVIDING A FALSE STATEMENT MAY RESULT IN FINES AND/OR IMPRISONMENT.

UNDER PENALTIES OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING DOCUMENT AND THAT THE FACTS STATED IN IT ARE TRUE.

NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW.

## Esign Vehicle #JTHBJ46G682210537

STATE OF FLORIDA
DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES

**DECLARATION AFFIDAVIT FOR A MOTOR VEHICLE
WHICH WILL BE TITLED AND REGISTERED IN
ANOTHER STATE OR COUNTRY**

Date Purchaser(s) Signed          06/10/2025

I/we, do hereby attest, pursuant to section 319.23(6)(a), Florida Statutes, that I/we purchased a motor vehicle described as a.       2008        LEXS

JTHBJ46G682210537    , on              from
06/10/2025
SCA AUCTIONS LLC     , and further declare that I/we will be

responsible for applying for title and registering the vehicle in another state or country.

*Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.*

Gerald Montague                Gerald Montague

114 berwyn Ave  Syracuse, NY, 13210, US

SCA AUCTIONS LLC

Printed Name of Co-Seller if applicable

Purchaser's Signature

Co-Purchaser's Signature

☒ / click here to sign

Purchaser's Printed Name First Full Middle or Maiden Last
Gerald Montague

Co Purchaser's Printed Name First Full Middle or Maiden Last

**NOTICE: ANY ALTERATION OR ERASURE MAY VOID THIS ASSIGNMENT AND ALL ASSIGNMENTS THAT FOLLOW**

## WAIVER OF RIGHTS AND COVENANT NOT TO SUE

This WAIVER OF RIGHTS AND COVENANT NOT TO SUE is entered into on this _____ Day of _____, _____, between SCA LLC, including its subsidiaries and affiliates, SCA Auctions LLC, CARBID LLC, ING Solutions LLC, and any of its subsidiaries, affiliates (collectively hereinafter "SCA") and partners including but not limited to IAA inc. or any of its subsidiaries, affiliates, and _____ Montague ("Client")

The Client understands, agrees, and acknowledges that he or she remains subject to SCA's Terms and Conditions ...

Client: Gerald Montague

Signature

☒ / click here to sign



# Esign Vehicle #JTHBJ46G682210537







SCA from SCA <support@sca.auction>
Reply-To: SCA from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 1:25 PM

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auction>

Tue, May 27 at 2:15 PM

Okay thanks for answering my questions.
[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auction>

Tue, May 27 at 2:15 PM

I need a bill of sale and a Statement of Origin (MSO) for the vehicle I purchased 2008 Lexus ES 350
vin number
JTHBJ46G682210537.

I need this emailed to me right now or earlier today. Ensure that the MSO includes my vehicle's make, model, year, and Vehicle Identification Number (VIN).

[Quoted text hidden]

---

**Stacy from SCA** <support@sca.auction>
Reply-To: Stacy from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Wed, May 28 at 3:03 PM

Hello! We can provide the bill of sale when we get the paperwork from the auction to our office.

**Stacy**
SCA

[Quoted text hidden]

---

**To view your invoice**
Open the attached PDF file. You must have Adobe® Reader® installed to view the attachment.

Logo, Facebook, Instagram, Twitter, Youtube, SCA Auction - Invoice 142318.pdf

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: <support@sca.auction>

Mon, May 26 at 6:15 PM

The car Lexus 42769840 I selected was $1800 buy now price. I recieved a inaccurate invoice for the total of $3039 which is inaccurate and I refuse to pay that price because you have falsely advertised this car for the buy now price of $1800 and after I selected the car for  the buy now price you increased the winning bid in the invoice $2590 and then added a document fee and transaction fee totally to $3039  if this doest get fix immediately I will send this information to my lawyer to sue you all or you car restock this online with no penalty or charge to me at all. I have screen shots in my of the car, the stock number and buy now price before I selected it and now I have a picture of the invoice which is inaccurate that you sent me the wrong invoice price. You add a document fee to it and taxes and fees. The total price should be $2,249.00. It's illegal to do what you all just did.

I'm also requesting a copy of your records of the buy now price I selected the car as also the record of what you posted this car price as.

[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: <support@sca.auction>

Mon, May 26 at 6:23 PM

It clearly shows you the car was $1800 what ever you did on you end to mess with the price and try to rob me that an extra $800 plus dollars is not happening. Fix it before I get my lawyer involved.
[Quoted text hidden]

---

**Ann from SCA** <support@sca.auction>
Reply-To: Ann from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 1:19 PM

Hello!

On top of the bid amount/Buy Now price for each purchase there are 3 fees applied: documentation, transaction (depends on the membership plan) and auction house fees (they depend on your bid amount/buy now price). Please use this calculator for checking the total cost: https://sca.auction/en/account/fees and check our Member Terms and Conditions for more information.

**Ann**
SCA

[Quoted text hidden]



















Thanks for choosing us,

The XCover Team

XCover.com

This plan is underwritten by United States Fire Insurance Company

2025 Cover Genius Insurance Services, LLC. California lic. no. 6000406. (Other license information).

**Terms of Use | Privacy Policy**

Copyright © 2025 Cover Genius Insurance Services, LLC (licenses)

invoice_LQW3N-BPACN-INS.pdf

| | |
|---|---|
| If you made a mistake on your booking. | Please contact Priceline. They will review your case and amend your booking, if possible. Booking mistakes are not covered by your XCover Protection. |
| If your flight is delayed. | Check your XCover Protection wording. Delays have to be longer than the hours outlined in your wording to be covered. If you incur expenses due to the delay, remember to keep documented evidence of all expenses. |
| If your flight is cancelled. | Please contact Priceline. They will review your case and refund you or reschedule your booking. Remember to request documented evidence from them confirming **the cause of the cancellation.** |
| If you can no longer go on your trip. | If illness, work commitments or a change in personal circumstances prevents you from going on your trip, please check your wording to see if your claim reason is covered. You will need to provide documented evidence, such as a medical certificate when filing your claim. |
| If you cannot travel due to issues with your travel documents. | You are not covered if you cannot travel or are denied boarding due to issues with your travel documents such as, your visa or passport not being approved or up to date. |

**MAKING A CLAIM**

| | |
|---|---|
| Reference number: | LQW3N-BPACN-INS |
| Protection period: | May 28, 2025 to June 4, 2025 |
| Travel information: | Your United States of America trip |
| Your protection: | Air Travel Protection |

### Need to make a change?

You can update your details, make changes or cancel your XCover Protection in your XCover Account.

**VIEW COVERAGE TERMS**

## BEFORE YOUR TRIP





M Gmail

Gerald Montaque <geraldmontaque83@gmail.com>

Your protection from Priceline and XCover. Reference: LQW3N-BPACN-INS

XCover.com <support@xcover.com>
To: <geraldmontaque83@gmail.com>

Tue, May 27 at 5:10 PM

XCover.com

Good news Gerald - Your XCover Protection is confirmed.

Good news Gerald - Your XCover Protection is confirmed.

Your purchase with Priceline includes protection from XCover, so you can travel with peace of mind.

We recommend downloading your XCover Protection documents and keeping them with other important documents, such as booking confirmations.

Please note that this protection is only available for United States residents. If you are not a US resident, please cancel your protection within the next 10 days for a full refund. This helpful article explains how.

**VIEW YOUR DOCUMENTS**

## SUMMARY OF YOUR PROTECTION



M Gmail

Gerald Montague <geraldmontaque89@gmail.com>

**You've Won Stock # 42269546**
8 messages

**SCA Auction** <support@sca.auction>
Reply-To: <support@sca.auction>
To: Gerald Montaque <geraldmontaque89@gmail.com>

Mon, May 26 at 3:35 PM

Dear **Gerald**,

Congratulations! We can now confirm your purchase of AUTOMOBILE stock # 42269546.

We've also attached your invoice along with bank wire transfer instructions. Please make your payment as soon as possible, as a late fee of $50 USD or 2% of the vehicle's price tag, whichever is greater will be assessed if we do not receive payment by 5 p.m. ET on 2025-05-27 00:00:00.

Don't forget to indicate the invoice number when making a payment to help us expedite the process. Once we've received and processed the payment, we'll send you an email confirmation with further instructions for vehicle release and pickup.

Do you need help picking up your vehicle? Please note that vehicles cannot be driven from the pickup location - regardless of their condition. If you need transportation services please contact our partner Bidux.com +1 (321) 445-5816

Questions? Feel free to visit our FAQ or contact us. We are ready to assist you at every step of the process.

Thank you for doing business with SCA

**SCA Member Support**

--------------------------- Invoice Summary ---------------------------
Invoice No.: 142316
Invoice Date: 2025-05-26 17:35:51
Due Date: 2025-05-27 00:00:00
Terms: Due on receipt
Amount Due: 3038

The complete version has been provided as an attachment to this email.
-----------------------------------------------------------------------

M Gmail

Gerald Montague <geraldmontaque89@gmail.com>

**SCA AUCTIONS**
8 messages

**The SCA auction Team** <support@sca.auction>
Reply-To: The SCA auction Team <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 10:38 AM

Hello!

If you want to use another transportation company as a matter of exception we'll put the responsibility for pick up to your transporter but you will need to fill out the form attached and provide us with the following information

1) company name
2) a copy/picture of an active insurance
3) invoice you have with your carrier

Waiver of Liability.docx

**May**
SCA

**Gerald Montague** <geraldmontaque89@gmail.com>
To: The SCA auction Team <support@sca.auction>

Tue, May 27 at 11:05 AM

My carrier name is AAA
[Quoted text hidden]
IMG_5816.png, IMG_5815.png

**May from SCA** <support@sca.auction>
Reply-To: May from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 11:30 AM

Received. thank you

**May**
SCA



Yard Hours, Mon - Fri 8am - 4:30pm (ET)

Pick up By: Fri, May 30

May
SCA

On Tue, May 27, 2025 at 23:20 PM, May from SCA <support@sca.auctions> wrote:

Dear Gerald

Bill of Sale is available only after the documents are transferred to you, it may take 3-4 weeks.

On Tue, May 27, 2025 at 18:04 PM, Gerald Montague <geraldmontaque89@gmail.com> wrote:
I need a bill of sale and a Statement of Origin (MSO) for the vehicle I purchased 2008 Lexus ES 350,
vin number
JTHBJ46G682210507
I need this emailed to me right now or earlier today. Ensure that the MSO includes my vehicle's make,
model, year, and Vehicle Identification Number (VIN).

On Tue, May 27, 2025 at 11:32 AM Gerald Montague <geraldmontaque89@gmail.com> wrote:
My wire transfer was sent at 11:12am

On Tue, May 27, 2025 at 11:30 AM May from SCA <support@sca.auctions> wrote:
Received, thank you

May
SCA

On Tue, May 27, 2025 at 16:06 PM, Gerald Montague <geraldmontaque89@gmail.com> wrote:
[Quoted text hidden]

**SCA from SCA** <support@sca.auctions>
Reply-To: SCA from SCA <support@sca.auctions>
To <geraldmontaque89@gmail.com>

Tue, May 27 at 4:43 PM



GERALD MONTAGUE
470 W BROAD ST
#1206
COLUMBUS, OH 43215

AAA Members Get More... SAVE More!
As a AAA Member, you can put the
benefits of membership in the palm
of your hand. It's Fast, Free and EASY!

| | |
|---|---|
| GET YOUR DIGITAL MEMBERSHIP CARD | Register today and get your instant digital membership card, one-click Roadside Assistance requests, AAA Discounts, locator, and MORE. **Visit AAA.com/apps** |
| SIMPLY REGISTER ONLINE | You can get your digital membership card instantly-plus SAVE time on your next visit, get Member SAVINGS, and update your account online, anytime! **Visit AAA.com/register** |





Saved Searches

Bids

Shipping

Document center

Profile





**SCA from SCA** <support@sca.auctions>
Reply-To: SCA from SCA <support@sca.auctions>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 2:18 PM

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auctions>

Tue, May 27 at 2:16 PM

Okay thanks for answering my questions
[Quoted text hidden]

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auctions>

Tue, May 27 at 2:16 PM

I need a bill of sale and a Statement of Origin (MSO) for the vehicle I purchased 2008 Lexus ES 350, vin number JTHBJ46G082210533.

I need this emailed to me right now or earlier today. Ensure that the MSO includes my vehicle's make, model, year, and Vehicle Identification Number (VIN).

[Quoted text hidden]

**Stacy from SCA** <support@sca.auctions>
Reply-To: Stacy from SCA <support@sca.auctions>
To: <geraldmontaque89@gmail.com>

Wed, May 28 at 3:09 PM

Hello! We can provide the bill of sale when we get the paperwork from the auction to our office.

Stacy
SCA

[Quoted text hidden]

**To view your invoice**
Open the attached PDF file. You must have Adobe® Reader® installed to view the attachment.

Logo, Facebook, Instagram, Twitter, Youtube, SCA Auction - Invoice 142316.pdf

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: <support@sca.auctions>

Mon, May 26 at 8:35 PM

The car Lexus 41284944, I selected was $1800 buy now price. I received a inaccurate invoice for the total of $3035 which is inaccurate and I refuse to pay that price because you have falsely advertised this car for the buy now price of $1800 and after I selected the car for the buy now price you increased the winning bid in the invoice $2890 and then added a document fee and transaction fee and the total fee totals to $3039. If this doest get fix immediately I will send this information to my lawyer to sue you all or you car restock this online with no penalty or charge to me at all. I have screen shots in my of the car, the stock number and buy now price before I selected it and now I have a picture of the invoice which is inaccurate that you sent me the wrong invoice price. You add a document fee to it and taxes and fees. The total price should be $2,249.00. It's illegal to do what you all just did.

I'm also requesting a copy of your records of the buy now price I selected the car as also the record of what you posted the car price as.

[Quoted text hidden]

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: <support@sca.auctions>

Mon, May 26 at 8:23 PM

It clearly shows you the car was $1800 what ever you did on you end to mess with the price and try to rob me for an extra $800 plus dollars is not happening. Fix it before I get my lawyer involved.
[Quoted text hidden]

**Ann from SCA** <support@sca.auctions>
Reply-To: Ann from SCA <support@sca.auctions>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 1:19 PM

Hello!

On top of the bid amount/Buy Now price for each purchase there are 3 fees applied: documentation, transaction (depends on the membership plan) and auction house fees (they depend on your bid amount/buy now price). Please use this calculator for checking the total cost: https://sca.auction/en/account/fees and check our Member Terms and Conditions for more information.

Ann
SCA

[Quoted text hidden]



SCA from SCA <support@sca.auction>
Reply-To: SCA from SCA <support@sca.auction>
To: geraldmontaque89@gmail.com

Tue, May 27 at 2:26 PM

Gerald Montaque <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auction>

Tue, May 27 at 2:18 PM

Okay thanks for answering my questions.
[Quoted text hidden]

Gerald Montaque <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auction>

Tue, May 27 at 2:16 PM

I need a bill of sale and a Statement of Origin (MSO) for the vehicle I purchased 2008 Lexus ES 350, vin number
JTHBJ46G682210537.
I need this emailed to me right now or earlier today. Ensure that the MSO includes my vehicle's make, model, year, and Vehicle Identification Number (VIN)

[Quoted text hidden]

Stacy from SCA <support@sca.auction>
Reply-To: Stacy from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Wed, May 28 at 3:09 PM

Hello! We can provide the bill of sale when we get the paperwork from the auction to our office.

Stacy
SCA

[Quoted text hidden]

M Gmail

Gerald Montaque <geraldmontaque89@gmail.com>

**Your vehicle AUTOMOBILE Stock # 42269546 has been paid for**

SCA Auction <support@sca.auction>
Reply-To: <support@sca.auction>
To: Gerald Montaque <geraldmontaque89@gmail.com>

Tue, May 27 at 4:15 PM

## Your vehicle AUTOMOBILE Stock # 42269546 has been paid for

Dear Gerald,

Your vehicle AUTOMOBILE Stock # 42269546 has been paid for and is ready to be picked up.

Vehicle:
2008 LEXUS ES VIN JTHBJ46G682210537
Stock# 42269546

Pickup Location:
Atlanta South, GA Yard #705
1930 Rex Rd.
P: 404-366-2798, 404-366-1011
H:

Office Hours
Mon – Fri 8am – 5pm (ET)
Yard Hours
Mon – Fri 8am – 4:30pm (ET)










## PLAN SUMMARY

priceline

### Air Travel Protection

Purchaser: GERALD MONTAGUE

Benefits and Limits

| | |
|---|---|
| | US$15.99 |
| | US$12.99 |
| | US$250.00 |



# INVOICE

Inv 05/27/2025

**BILL TO**

### WIRE TRANSFER INFORMATION

SCA AUCTIONS LLC

SVB, a division of First Citizens Bank
3003 Tasman Drive
Santa Clara, CA 95054 United States
1 800 774 7390

Include invoice 242316 number in memo.

### VEHICLE INFORMATION

2005 LEXUS ES

| DATE | SERVICES AND PRODUCTS | AMOUNT (USD) |
|---|---|---|
| 05/21/2025 | Winning price + Auction fees = Sale price | 2500 |
| 05/22/2025 | Transaction fee | 250 |
| 05/22/2025 | Documentation fee | 199 |
| 05/22/2025 | Shipping from GA - Lake City to NY- Syracuse | 1475 |
| | TOTAL USD | $4509 |
| | SALES PRICE DUE | $4509 |

By paying this invoice you agree and acknowledge that:

⚠ THIS VEHICLE HAS BEEN SOLD "**AS-IS WHERE-IS**" WITH NO WARRANTIES. ALL BIDS ARE BINDING AND ALL SALES ARE FINAL.

⚠ When writing payment, include invoice number in memo.

🏛 **Only bank wire transfers accepted.** We do not accept EFT, ACH, cashier's checks, credit cards, debit cards, or any other form of payment.

📅 The bank wire must be **received** by the above due date to void a **late payment fee**

📅 If payment is not received by the **5th calendar day** counting the day of sale, the vehicle will be **forfeited** and you will be responsible for any applicable fees.

🚗 **Vehicles can't be driven** from the pickup location regardless of their condition. Contact us to make **shipping arrangements**.

✖ You will **not make any repairs** to the vehicle until you have received the ownership documents and you are satisfied with them.

🕐 Once the invoice is paid, please email the wire confirmation from your bank to support@sca.auction



Thanks for choosing us,

The XCover Team

**XCover.com**

This plan is underwritten by United States Fire Insurance Company

2025 Cover Genius Insurance Services, LLC. California lic. no. 6000406. (Other license information).

**Terms of Use | Privacy Policy**

Copyright © 2025 Cover Genius Insurance Services, LLC (licenses)

Invoice_LQW3N-BPACN-INS.pdf

| | |
|---|---|
| If you made a mistake on your booking: | Please contact Priceline. They will review your case and amend your booking, if possible. Booking mistakes are not covered by your XCover Protection. |
| If your flight is delayed: | Check your XCover Protection wording. Delays have to be longer than the hours outlined in your wording to be covered. If you incur expenses due to the delay, remember to keep documented evidence of all expenses. |
| If your flight is cancelled: | Please contact Priceline. They will review your case and refund you or reschedule your booking. Remember to request documented evidence from them confirming **the cause of the cancellation.** |
| If you can no longer go on your trip: | If illness, work commitments or a change in personal circumstances prevents you from going on your trip, please check your wording to see if your claim reason is covered. You will need to provide documented evidence, such as a medical certificate when filing your claim. |
| If you cannot travel due to issues with your travel documents: | You are not covered if you cannot travel or are denied boarding due to issues with your travel documents such as, your visa or passport not being approved or up to date. |

**MAKING A CLAIM**

| Reference number | LQW3N-BPACN-INS |
|---|---|
| Protection period | May 28, 2025 to June 4, 2025 |
| Trip destination | Your United States of America trip |
| Your protection | Air Travel Protection |

### Need to make a change?

You can update your details, make changes or cancel your XCover Protection in your XCover Account.

**VIEW COVERAGE TERMS**

## BEFORE YOUR TRIP



M Gmail

Gerald Montague <geraldmontague83@gmail.com>

Your protection from Priceline and XCover. Reference: LQW3N-BPACN-INS

XCover.com <noreply@xcover.com>
To: geraldmontague83@gmail.com                                    Tue, May 27 at 1:10 PM

XCover.com

Good news Gerald - Your XCover Protection is confirmed.

Good news Gerald - Your XCover Protection is confirmed

Your purchase with Priceline includes protection from xCover, so you can travel with peace of mind

We recommend downloading your XCover Protection documents and keeping them with other important documents, such as booking confirmations

Please note that this protection is only available for United States residents. If you are not a US resident, please cancel your protection within the next 10 days for a full refund. This helpful article explains how

**VIEW YOUR DOCUMENTS**

## SUMMARY OF YOUR PROTECTION



M Gmail

Gerald Montaque <geraldmontaque89@gmail.com>

**You've Won Stock # 42269546**
8 messages

**SCA Auction** <support@sca.auction>
Reply-To: <support@sca.auction>
To: Gerald Montaque <geraldmontaque89@gmail.com>

Mon, May 26 at 3:30 PM

Dear **Gerald**,

Congratulations! We can now confirm your purchase of AUTOMOBILE stock # 42269546.

We've also attached your invoice along with bank wire transfer instructions. Please make your payment as soon as possible, as a late fee of $50 USD or 2% of the vehicle's price tag, whichever is greater will be assessed if we do not receive payment by 5 p.m. ET on 2025-05-27 00:00:00.

Don't forget to indicate the invoice number when making a payment to help us expedite the process. Once we've received and processed the payment, we'll send you an email confirmation with further instructions for vehicle release and pickup.

Do you need help picking up your vehicle? Please note that vehicles cannot be driven from the pickup location - regardless of their condition. If you need transportation services please contact our partner Bidux.com +1 (321) 445-5815

Questions? Feel free to visit our FAQ or contact us. We are ready to assist you at every step of the process.

Thank you for doing business with SCA.

**SCA Member Support**

------------------------- Invoice Summary -------------------------
Invoice No.: 142336
Invoice Date: 2025-05-26 17:36:51
Due Date: 2025-05-27 00:00:00
Terms: Due on receipt
Amount Due: 3039

The complete version has been provided as an attachment to this email.
-----------------------------------------------------------------

M Gmail

Gerald Montaque <geraldmontaque89@gmail.com>

**SCA AUCTIONS**
8 messages

**The SCA auction Team** <support@sca.auction>
Reply-To: The SCA auction Team <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 10:39 AM

Hello!

If you want to use another transportation company as a matter of exception we'll put the responsibility for pick up to your transporter but you will need to fill out the form attached and provide us with the following information.

1) company name
2) a copy/picture of an active insurance
3) invoice you have with your carrier

Waiver of Liability.docx

May
SCA

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: The SCA auction Team <support@sca.auction>

Tue, May 27 at 11:05 AM

My carrier name is AAA
[Quoted text hidden]
IMG_5816.png, IMG_5815.png

**May from SCA** <support@sca.auction>
Reply-To: May from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Tue, May 27 at 11:30 AM

Received, thank you

May
SCA



Yard House, Mon - Fri from - 4:00pm (ET)

Pick up By, **Fri, May 30**

**May**
SCA

On Tue, May 27, 2025 at 22:23 PM, May from SCA <support@sca.auction> wrote:

Dear Gerald

Bill of sale is available only after the documents are transferred to you. It may take 3-4 weeks.

On Tue, May 27, 2025 at 12:54 PM, Gerald Montague <geraldmontague80@gmail.com> wrote:
I need a bill of sale and a Statement of Origin (MSO) for the vehicle I purchased 2008 Lexus ES 350, vin number
JTHBJ46G08221985?
I need this emailed to me right now or earlier today. Ensure that the MSO includes my vehicle's make, model, year, and Vehicle Identification Number (VIN).

On Tue, May 27, 2025 at 11:30 AM, Gerald Montague <geraldmontague80@gmail.com> wrote:
My wire transfer was sent at 11:10am

On Tue, May 27, 2025 at 11:30 AM, May from SCA <support@sca.auction> wrote:
Received, thank you

**May**
SCA

On Tue, May 27, 2025 at 10:00 PM, Gerald Montague <geraldmontague80@gmail.com> wrote:
[Quoted text hidden]

---

**SCA from SCA** <support@sca.auction>                         Tue, May 27 at 4:43 PM
Reply-To: SCA from SCA <support@sca.auction>
To: <geraldmontague80@gmail.com>





GERALD MONTAGUE
440 W BROAD ST
#128
COLUMBUS, OH 43215

AAA Members Get More... SAVE More!
As a AAA Member, you can put the
benefits of membership in the palm
of your hand. It's Fast, Free and EASY!

GET YOUR DIGITAL
MEMBERSHIP CARD
Register today and get your instant digital membership card, Charge it, Roadside Assistance requests, AAA Discounts finder, and MORE.
Visit AAA.com/apps

SIMPLY REGISTER
ONLINE!
To get your digital membership card instantly,
plus SAVE time on your next visit, get Member
SAVINGS, and update your account online, anytime!
Visit AAA.com/register





Saved Searches

Bids ⌄

Shipping ⌄

Document center ⌄

Profile ⌄



6:18

sca auction

**Gerald Montaque**
ID #40600568
**Premier Member**

Upgrade

**Bidding Limit:**

| | | |
|---|---|---|
| **Total** | 1 | $6,600 |
| **Used** | 1 | $1,800 |
| **Available** | 0 | $4,800 |

Increase Buying Power

Transactions

Watchlist

geraldmontaque89@gmail.com
803-747-6778
114 Berwyn Ave, Syracuse, NY 13210

[Quoted text hidden]

**Eve from SCA** <support@sca.auction>                    Mon, Jun 16 at 12:59 PM
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Hello!
We would need to receive a signature to proceed with sending your titles.

**Eve**
SCA

[Quoted text hidden]



[Quoted text hidden]

**Eve from SCA** <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>
Thu, Jun 12 at 10:58 AM

Hello!

As it was already mentioned before, we would need to see your full e-sign in the system.

Eve
SCA

[Quoted text hidden]

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>
Thu, Jun 12 at 11:16 AM

Final Request for Title Release Without Waiver – VIN: JTHBJ46G982210537

Dear Ava,

I have fully paid for the vehicle and submitted all required documents except the "Waiver of Rights and Covenant Not to Sue," which is not legally required for title transfer under Florida law.

I will not sign any document that waives my legal rights. Refusing to process my title unless I do so is coercive and may violate Florida Statutes §319.23(6)(a), as well as state and federal consumer protection laws.

If my title is not processed and mailed within 3 business days of this notice (by June 16, 2025), I will:

- File formal complaints with:
  - Florida Department of Highway Safety and Motor Vehicles (FLHSMV)
  - Florida Attorney General's Office
  - Federal Trade Commission (FTC)
  - Better Business Bureau (BBB)
- Initiate a claim in **Florida small claims court** for:
  - Damages caused by delayed title transfer
  - Deceptive trade practices
  - Coercion and refusal to comply with statutory obligations

I urge SCA to comply with the law and release my title immediately without requiring a waiver. This is my final attempt to resolve this matter amicably.

Sincerely,
**Gerald Montaque**

[Quoted text hidden]

**Eve from SCA** <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>
Thu, Jun 12 at 10:58 AM

Hello!

As it was already mentioned before, we would need to see your full e-sign in the system.

Eve
SCA

[Quoted text hidden]

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>
Thu, Jun 12 at 11:16 AM

Final Request for Title Release Without Waiver – VIN: JTHBJ46G982210537

Dear Ava,

I have fully paid for the vehicle and submitted all required documents except the "Waiver of Rights and Covenant Not to Sue," which is not legally required for title transfer under Florida law.

I will not sign any document that waives my legal rights. Refusing to process my title unless I do so is coercive and may violate Florida Statutes §319.23(6)(a), as well as state and federal consumer protection laws.

If my title is not processed and mailed within 3 business days of this notice (by June 16, 2025), I will:

- File formal complaints with:
  - Florida Department of Highway Safety and Motor Vehicles (FLHSMV)
  - Florida Attorney General's Office
  - Federal Trade Commission (FTC)
  - Better Business Bureau (BBB)
- Initiate a claim in **Florida small claims court** for:
  - Damages caused by delayed title transfer
  - Deceptive trade practices
  - Coercion and refusal to comply with statutory obligations

I urge SCA to comply with the law and release my title immediately without requiring a waiver. This is my final attempt to resolve this matter amicably.

Sincerely,
**Gerald Montaque**



Best regards,
Gerald montagie
geraldmontaque89@gmail.com
8037476778

[Quoted text hidden]

Eve from SCA <support@sca.auction>                                          Mon, Jun 9 at 4:18 PM
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Unfortunately, we can't remove this form from your e-sign. It's a standard set of documents.

Eve
SCA

[Quoted text hidden]

Gerald Montaque <geraldmontaque89@gmail.com>                                Mon, Jun 9 at 5:44 PM
To: Eve from SCA <support@sca.auction>

Dear SCA Auctions,

Since I have already completed payment for the vehicle and do not agree to sign the *Waiver of Rights and Covenant Not to Sue*, I respectfully request that you send the legally required title documents via mail, excluding that waiver.

Please mail the documents necessary to complete the transfer of title — including the Bill of Sale and any DMV-required forms — to the address listed on my account. I am happy to sign those essential documents, but I do not consent to waiving my legal rights as a condition of title release.

Thank you for your cooperation. Please confirm once the documents are mailed.

Sincerely,
**Gerald Montaque**
**114 Berwyn Ave Syracuse, NY 13210**
**803-747-6778/ Account #**

ID 440862058

Sincerely,
Gerald Montaque

[Quoted text hidden]

Eve from SCA <support@sca.auction>                                          Tue, Jun 10 at 10:14 AM
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Hello!
We can only proceed with delivery of the title after your e-sign is signed.

Eve
SCA

[Quoted text hidden]

Gerald Montaque <geraldmontaque89@gmail.com>                                Tue, Jun 10 at 10:44 AM
To: Eve from SCA <support@sca.auction>

Request to Mail Title Documents Without Waiver Form

Dear SCA Auctions,

Thank you for your response. I understand your policies, but I must reiterate that I am willing to complete all necessary steps to finalize the title transfer — except for signing the *Waiver of Rights and Covenant Not to Sue*, which I do not agree to and believe is not a lawful condition for receiving the title.

Please be advised that withholding the title based on my refusal to sign this waiver may be contrary to applicable laws governing vehicle sales and title transfers. I request that you provide the legally required title documents immediately so that the transfer may proceed without delay.

If you are unable to comply, I will have no choice but to escalate this matter to the DMV and appropriate consumer protection authorities.

I appreciate your prompt attention to this matter.

Sincerely,

Gerald Montaque
[Quoted text hidden]

Eve from SCA <support@sca.auction>                                          Tue, Jun 10 at 5:54 PM
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Hello!
As it was already mentioned, this is a standard package of documents, we can't remove anything from it. It must be signed so we can send it over to you.

Eve
SCA

[Quoted text hidden]

Gerald Montaque <geraldmontaque89@gmail.com>                                Tue, Jun 10 at 11:51 PM
To: Eve from SCA <support@sca.auction>



Title Documents – Final Signed Forms Sent (Excluding Waiver)

Hi SCA Auction associate,

I've completed and returned all the required documents **except** for the **Waiver of Rights and Covenant Not to Sue**.

That waiver was **never disclosed upfront** as a condition of the sale, and I already paid for and received the vehicle. For that reason, I am **not signing** that document.

Please confirm receipt of the signed forms and proceed with sending me the **title and any other required documents** not conditioned on that waiver.

Thanks,
Gerald Montaque

[Quoted text hidden]

---

**Eve from SCA** <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Wed, Jun 11 at 10:53 AM

Hello!

We need to receive a signature for all the documents provided. Without seeing a signature in the system we can't proceed with delivery.

Eve
SCA

[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 11:23 AM

I sent them with my signature
[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 11:36 AM

Hi SCA Associate,

I've returned **all necessary documents** required for title transfer -- **excluding the waiver, which was never disclosed at the time of sale** and appears to be an overreaching and one-sided legal release.

I have already:

- Paid in full for the vehicle
- Taken possession of the vehicle
- Signed all essential documents related to ownership and registration

---

Refusing to release the title due to a **non-essential waiver** after the fact is not lawful and could be seen as **bad-faith business practice** or even **title holding under duress**

Please proceed with finalizing the title and registration transfer as required by law. If this issue is not resolved promptly, I will have no choice but to:

- File a complaint with the **Florida Department of Highway Safety and Motor Vehicles (FLHSMV)**
- Notify the **Attorney General's office** and **Better Business Bureau**
- And if necessary, consult legal counsel regarding **withholding of title after payment**

Thank you for understanding. I expect this to be resolved without further delay.

Sincerely,
Gerald Montaque

[Quoted text hidden]

---

**Eve from SCA** <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Wed, Jun 11 at 12:07 PM

As it was already mentioned, we need to receive your e-sign so we can proceed with your title.

Eve
SCA

[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 12:40 PM

Refusal to Sign Waiver – Request for Title Release

Dear SCA Auctions,

I have signed and returned all required documents necessary to process the transfer of title except the "Waiver of Rights and Covenant Not to Sue." That document was not disclosed prior to purchase and was not presented as a required condition to receive my title.

I am formally requesting that you proceed with processing and releasing the title, as required by Florida Statute §319.23(6)(a). I have fulfilled my obligations as a purchaser, including full payment and submission of the appropriate documentation.

Refusing to release my title unless I waive my legal rights appears to violate consumer protection laws and may constitute unfair and deceptive business practices. If this issue is not resolved within 5 business days, I will be forced to:

- File a complaint with the **Florida Department of Highway Safety and Motor Vehicles (DHSMV)**
- File a complaint with the **Florida Attorney General's Office**

- File a complaint with the Better Business Bureau (BBB) and Federal Trade Commission (FTC)

- Explore my legal rights through **small claims court** for damages, fees, and failure to deliver title as required by law

I am hoping we can resolve this without escalation. Please confirm your intent to release the title without the waiver by [Insert date, 5 business days from today]

Sincerely,
**Gerald Montaque**

[Quoted text hidden]

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca auction>

Wed, Jun 11 at 12:45 PM

Refusal to Sign Waiver – Request for Title Release

Dear SCA Auctions,

I have signed and returned all required documents necessary to process the transfer of title except the "Waiver of Rights and Covenant Not to Sue." That document was not disclosed prior to purchase and was not presented as a required condition to receive my title.

I am formally requesting that you proceed with processing and releasing the title, as required by Florida Statute §319.23(6)(a). I have fulfilled my obligations as a purchaser, including full payment and submission of the appropriate documentation.

Refusing to release my title unless I waive my legal rights appears to violate consumer protection laws and may constitute **unfair and deceptive business practices.** If this issue is not resolved within **5 business days,** I will be forced to:

- File a complaint with the **Florida Department of Highway Safety and Motor Vehicles (DHSMV)**

- File a complaint with the **Florida Attorney General's Office**

- File a complaint with the **Better Business Bureau (BBB) and Federal Trade Commission (FTC)**

- Explore my legal rights through **small claims court** for damages, fees, and failure to deliver title as required by law

I am hoping we can resolve this without escalation. Please confirm your intent to **release the title without the waiver by 06/16/2025, 5 business days from today.**

Sincerely,
**Gerald Montaque**



---

**SCA from SCA** <support@sca auction>
Reply-To: SCA from SCA <support@sca auction>
To: <geraldmontaque89@gmail com>

Tue, May 27 at 3:28 PM

**Gerald Montaque** <geraldmontaque89@gmail com>
To: SCA from SCA <support@sca auction>

Tue, May 27 at 2:15 PM

Okay thanks for answering my questions
[Quoted text hidden]

**Gerald Montaque** <geraldmontaque89@gmail com>
To: SCA from SCA <support@sca auction>

Tue, May 27 at 2:18 PM

I need a bill of sale and a Statement of Origin (MSO) for the vehicle I purchased 2008 Lexus ES 350, vin number
JTHBJ46G682210537.
I need this emailed to me right now or earlier today. Ensure that the MSO includes my vehicle's make, model, year, and Vehicle Identification Number (VIN).

[Quoted text hidden]

**Stacy from SCA** <support@sca auction>
Reply-To: Stacy from SCA <support@sca auction>
To: <geraldmontaque89@gmail com>

Wed, May 28 at 3:09 PM

Hello! We can provide the bill of sale when we get the paperwork from the auction to our office.

**Stacy**
SCA

[Quoted text hidden]







Reply-To: Eve from SCA <support@sca auction>
To: <geraldmontaque8@gmail.com>

Hello!
Please make sure to sign your e-sign so we can proceed with sending your title.

Eve
SCA

[Quoted text hidden]

SCA from SCA <support@sca auction>
Reply-To: SCA from SCA <support@sca auction>
To: <geraldmontaque9@gmail.com>

Mon, Jun 9 at 3:19PM

Gerald Montague <geraldmontaque88@gmail.com>
To: SCA from SCA <support@sca auction>

Mon, Jun 9 at 4:03PM

**Request for Title Release Without Waiver of Rights Form**

Dear SCA Auctions Support,

I am writing to request clarification regarding the title release for the 2008 Lexus ES (VIN: JTHBJ46G88221065371), which I have fully paid for and received. I was recently sent a "Waiver of Rights and Covenant Not to Sue" form, and it appears that signing this document is being presented as a requirement before my title can be issued.

To be clear, I have already accepted the vehicle as-is, in accordance with the Bill of Sale and your Terms and Conditions. However, I am not comfortable signing a separate waiver that broadly removes my legal rights, especially one that includes a release for potential future claims arising from negligence or other circumstances.

Please confirm whether SCA's policy requires this waiver to be signed for title release, and on what basis — given that payment is complete, the vehicle has been released, and the Bill of Sale has been executed.

If the waiver is not mandatory under company policy or state law, I respectfully request that my title be issued without requiring me to sign this additional legal document.

Thank you for your time and assistance. I look forward to your response.



M Gmail

Gerald Montaque <geraldmontaque89@gmail.com>

**You've Won Stock # 42269546**
8 messages

Mon, May 26 at 3:30 PM

SCA Auction <support@sca.auction>
Reply-To: <support@sca.auction>
To: Gerald Montaque <geraldmontaque89@gmail.com>

Dear Gerald,

Congratulations! We can now confirm your purchase of AUTOMOBILE stock # 42269546.

We've also attached your invoice along with bank wire transfer instructions. Please make your payment as soon as possible, as a late fee of $50 USD or 2% of the vehicle's price tag, whichever is greater will be assessed if we do not receive payment by 5 p.m. ET on 2025-06-27 00:00:00.

Don't forget to indicate the invoice number when making a payment to help us expedite the process. Once we've received and processed the payment, we'll send you an email confirmation with further instructions for vehicle release and pickup.

Do you need help picking up your vehicle? Please note that vehicles cannot be driven from the pickup location, regardless of their condition. If you need transportation services please contact our partner Sdus.com +1(321)445-5816

Questions? Feel free to visit our FAQ or contact us. We are ready to assist you at every step of this process.

Thank you for doing business with SCA.

SCA Member Support

Invoice Summary

Invoice No. 142316
Invoice Date: 2025-05-26 17:35:51
Due Date: 2025-05-27 00:00:00
Terms: Due on receipt
Amount Due: 3039

The complete version has been provided as an attachment to this email.

---

**FLHSMV**
FLORIDA HIGHWAY SAFETY AND MOTOR VEHICLES

**DIVISION OF MOTORIST SERVICES**
**CONSUMER COMPLAINT FORM**

FOR OFFICIAL USE ONLY

**TYPE OF COMPLAINT:**

☐ Motor Vehicle Dealer
☐ Mobile Home Dealer
☐ Mobile Home Manufacturer
☐ RV Dealer or Manufacturer
☐ Odometer Fraud
☐ Other

Date Opened _____
Date Closed _____
Closing Code: _____
Complaint Number: _____
Investigator _____

**COMPLAINANT INFORMATION**

Name: Gerald Montaque          Driver License Number: 256 534 082
Address: 114 Berwyn Ave          Date of Birth: 07/24/1989
City: Syracuse      County: Onondaga      State: NY      Zip Code: 13210
Home or Cell Phone Number: 803-747-6778      Work Phone Number: _____
Fax Number: _____      Email Address: geraldmontaque89@gmail.com

**DEALERSHIP INFORMATION**

Dealership Name: SCA Auctions LLC          Dealer License Number: VI 1024970/1
Address: 11799 Jersey Ave S
City: Bloomington      County: _____      State: MN      Zip Code: 55438
Fax Number: _____      Email Address: support@sca.auction
Salesperson Name: _____

**VEHICLE OR MOBILE HOME (MH) INSPECTION INFORMATION**
Year/Make/Model: 2008 Lexus ES 350      Date Purchased: 05/27/2025      Date Delivered: 05/29/2025
Vehicle Identification Number (VIN): JTHBJ46G682210537      Tag Number: _____

**MOBILE HOME, RECREATIONAL VEHICLE OR PARK TRAILER INFORMATION**
(Complete this section only if a mobile home, recreational vehicle, or park trailer is involved in your complaint.)

Name of Manufacturer: _____
Address: _____
City: _____      County: _____      State: _____      Zip Code: _____
*HUD Label: _____          *Florida Seal Number: _____
*HUD Label is a red or silver metal tag on rear of unit. *If unit is a recreational vehicle or park trailer, Florida Seal # will either be near the HUD label or front of unit.

Please complete page two of this form.

HSMV 84901 (Rev. 02/23)



**COMPLAINT AFFIDAVIT**
DESCRIBE THE NATURE OF YOUR COMPLAINT. Please explain your complaint, listing
events in the order in which they occurred. It is important to verify that dates listed are accurate.
**Please enclose copies of any documentation you have related to your complaint.**

WHAT ACTIONS DO YOU FEEL WILL SATISFY YOUR COMPLAINT? Please explain what
actions you feel will satisfy your complaint.

**Note:** You may complete the form, save the document to your computer, scan and attach
ALL supporting documents, including purchase agreement, contracts receipts, cancelled
checks, proof of vehicle insurance, registration, inspection reports, warranty documents,
repair invoices or any other documents relating to your complaint and email us your
completed file. Otherwise, please print off the form and mail the complaint form and copies
of all related documentation so that we may address your concerns as quickly as possible.

Pursuant to s. 320.861, Florida Statutes, information received by the department as a
result of an investigation or examination conducted pursuant to this section is
confidential and exempt from Chapter 119, Florida Statutes, until the investigation or
examination ceases to be active or administrative action taken by the department has
concluded or been made part of a hearing or court proceeding.

Please view the list below and locate the Regional Office responsible for the county the
dealer is located and either email or mail your complaint and all supporting documents to
the appropriate regional office.

Signature _____        Date: 06/26/2025

HSMV 84901 (Rev. 02/23)









[Quoted text hidden]

Eve from SCA <support@sca.auctions>
Reply-To: Eve from SCA <support@sca.auctions>
To: <geraldmontaque89@gmail.com>
Thu, Jun 12 at 10:58 AM

Hello!

As it was already mentioned before, we would need to see your full e-sign in the system.

Eve
SCA

[Quoted text hidden]

Gerald Montaque <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auctions>
Thu, Jun 12 at 11:09 AM

Final Request for Title Release Without Waiver – VIN: JTHBJ46G692210537

Dear Ava,

I have fully paid for the vehicle and submitted all required documents except the "Waiver of Rights and Covenant Not to Sue," which is not legally required for title transfer under Florida law.

I will not sign any document that waives my legal rights. Refusing to process my title unless I do so is coercive and may violate Florida Statutes §319.23(6)(a), as well as state and federal consumer protection laws.

If my title is not processed and mailed within 3 business days of this notice (by June 16, 2025), I will:

- File formal complaints with:
  - Florida Department of Highway Safety and Motor Vehicles (FLHSMV)
  - Florida Attorney General's Office
  - Federal Trade Commission (FTC)
  - Better Business Bureau (BBB)
- Initiate a claim in Florida small claims court for:
  - Damages caused by delayed title transfer
  - Deceptive trade practices
  - Coercion and refusal to comply with statutory obligations

I urge SCA to comply with the law and release my title immediately without requiring a waiver. This is my final attempt to resolve this matter amicably.

Sincerely,
Gerald Montaque



[Quoted text hidden]

Eve from SCA <support@sca.auctions>
Reply-To: Eve from SCA <support@sca.auctions>
To: <geraldmontaque89@gmail.com>
Thu, Jun 12 at 10:58 AM

Hello!

As it was already mentioned before, we would need to see your full e-sign in the system.

Eve
SCA

[Quoted text hidden]

Gerald Montaque <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auctions>
Thu, Jun 12 at 11:09 AM

Final Request for Title Release Without Waiver – VIN: JTHBJ46G692210537

Dear Ava,

I have fully paid for the vehicle and submitted all required documents except the "Waiver of Rights and Covenant Not to Sue," which is not legally required for title transfer under Florida law.

I will not sign any document that waives my legal rights. Refusing to process my title unless I do so is coercive and may violate Florida Statutes §319.23(6)(a), as well as state and federal consumer protection laws.

If my title is not processed and mailed within 3 business days of this notice (by June 16, 2025), I will:

- File formal complaints with:
  - Florida Department of Highway Safety and Motor Vehicles (FLHSMV)
  - Florida Attorney General's Office
  - Federal Trade Commission (FTC)
  - Better Business Bureau (BBB)
- Initiate action in Florida small claims court for:
  - Damages caused by delayed title transfer
  - Deceptive trade practices
  - Coercion and refusal to comply with statutory obligations

I urge SCA to comply with the law and release my title immediately without requiring a waiver. This is my final attempt to resolve this matter amicably.

Sincerely,
Gerald Montaque



Best regards.
Gerald montagie
geraldmontaque89@gmail.com
8037476778

(Quoted text hidden)

Eve from SCA <support@sca.auction>                                          Mon, Jun 9 at 4:15PM
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque99@gmail.com>

Unfortunately, we can't remove this form from your e-sign. It's a standard set of documents.

Eve
SCA

(Quoted text hidden)

Gerald Montague <geraldmontaque89@gmail.com>                               Mon, Jun 9 at 5:44 PM
To: Eve from SCA <support@sca.auction>

Dear SCA Auctions,

Since I have already completed payment for the vehicle and do not agree to sign the Waiver of Rights and Covenant Not to Sue, I respectfully request that you send the legally required title documents via mail, excluding that waiver.

Please mail the documents necessary to complete the transfer of title — including the bill of sale and any other required forms — to the address listed on my account. I am happy to sign those essential documents, but I do not consent to waiving my legal rights as a condition of title release.

Thank you for your cooperation. Please confirm once the documents are mailed.

Sincerely,
Gerald Montague
114 Berwyn Ave Syracuse, NY 13210
803-747-8778/ Account #

ID #4000000

Sincerely,
Gerald Montague

(Quoted text hidden)

Eve from SCA <support@sca.auction>                                          Tue, Jun 10 at 10:15 AM
Reply-To: Eve from SCA <support@sca.auction>
To: geraldmontaque89@gmail.com

Hello!
We can only proceed with delivery of the title after your e-signature is signed.



Eve
SCA

(Quoted text hidden)

Gerald Montague <geraldmontaque89@gmail.com>                               Tue, Jun 10 at 10:44 AM
To: Eve from SCA <support@sca.auction>

Request to Mail Title Documents Without Waiver Form

Dear SCA Auctions,

Thank you for your response. I understand your policies, but I must reiterate that I am willing to complete all necessary steps to finalize the title transfer — except for signing the Waiver of Rights and Covenant Not to Sue, which I do not agree to and believe is not a lawful condition for receiving the title.

Please be advised that withholding the title based on my refusal to sign this waiver may be contrary to applicable laws governing vehicle sales and title transfers. I request that you provide the legally required title documents immediately so that the transfer may proceed without delay.

If you are unable to comply, I will have no choice but to escalate this matter to the DMV and appropriate consumer protection authorities.

I appreciate your prompt attention to this matter.

Sincerely,

Gerald Montague
(Quoted text hidden)

Eve from SCA <support@sca.auction>                                          Tue, Jun 10 at 5:54PM
Reply-To: Eve from SCA <support@sca.auction>
To: geraldmontaque89@gmail.com

Hello!
As I was already mentioned, this is a standard package of documents, we can't remove anything from it. It must be signed so we can send it over to you.

Eve
SCA

(Quoted text hidden)

Gerald Montague <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>



Title Documents – Final Signed Forms Sent (Excluding Waiver)

Hi SCA Auction associate,

I've completed and returned all the required documents except for the **Waiver of Rights and Covenant Not to Sue**

That waiver was never disclosed upfront as a condition of the sale, and I already paid for and received the vehicle. For that reason, I am not signing that document.

Please confirm receipt of the signed forms and proceed with sending me the title and any other required documents not conditioned on that waiver.

Thanks,
Gerald Montaque

[Quoted text hidden]

---

**Eve from SCA** <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Wed, Jun 11 at 10:53AM

Hello!

We need to receive a signature for all the documents provided. Without seeing a signature in the system we can't proceed with delivery.

**Eve**
SCA

[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 11:03AM

I sent them with my signature
[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 11:36AM

Hi SCA Associate,

I've returned all necessary documents required for title transfer — excluding the waiver, which was never disclosed at the time of sale and appears to be an overreaching and one-sided legal release.

I have already:

- Paid in full for the vehicle
- Taken possession of the vehicle
- Signed all essential documents related to ownership and registration



Refusing to release the title due to a non-essential waiver after the fact is not lawful and could be seen as bad-faith business practice or even title holding under duress.

Please proceed with finalizing the title and registration transfer as required by law. If this issue is not resolved promptly, I will have no choice but to:

- File a complaint with the Florida Department of Highway Safety and Motor Vehicles (FLHSMV)
- Notify the Attorney General's office and Better Business Bureau
- And if necessary, consult legal counsel regarding withholding of title after payment

Thank you for understanding. I expect this to be resolved without further delay.

Sincerely,
Gerald Montaque

[Quoted text hidden]

---

**Eve from SCA** <support@sca.auction>
Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Wed, Jun 11 at 12:07PM

As it was already mentioned, we need to receive your e-sign so we can proceed with your title.

**Eve**
SCA

[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 12:40PM

Refusal to Sign Waiver – Request for Title Release

Dear SCA Associate,

I have signed and returned all required documents necessary to process the transfer of title except the "Waiver of Rights and Covenant not to Sue." That document was not disclosed prior to purchase and was not presented as a required condition to receive my title.

I am formally requesting that you proceed with processing and releasing the title, as required by Florida Statute §319.23(6), as I have fulfilled my obligations as a purchaser, including full payment and submission of all documentation.

Refusing to release my title unless I waive my legal rights appears to violate consumer protection laws, and may constitute unfair and deceptive business practices. If this issue isn't resolved within 5 business days, I am prepared to:

- File a complaint with the Florida Department of Highway Safety and Motor Vehicles (FLHSMV)
- File a complaint with the Florida Attorney General's office

- File a **complaint** with the **Better Business Bureau (BBB)** and **Federal Trade Commission (FTC)**
- Explore my legal rights through **small claims court** for damages, fees, and failure to deliver title as required by law

I am hoping we can resolve this without escalation. Please confirm your intent to release the title without the waiver by [insert date, 5 business days from today].

Sincerely,
**Gerald Montaque**

[Quoted text hidden]

---

**Gerald Montaque** <geraldmontaque89@gmail.com>
To: Eve from SCA <support@sca.auction>

Wed, Jun 11 at 12:46 PM

**Refusal to Sign Waiver – Request for Title Release**

Dear SCA Auctions,

I have signed and returned all required documents necessary to process the transfer of title except the "Waiver of Rights and Covenant Not to Sue." That document was not disclosed prior to purchase and was not presented as a required condition to receive my title.

I am formally requesting that you proceed with processing and releasing the title, as required by Florida Statute §319.23(6)(a). I have fulfilled my obligations as a purchaser, including full payment and submission of the appropriate documentation.

Refusing to release my title unless I waive my legal rights appears to violate consumer protection laws and may constitute **unfair and deceptive business practices**. If this issue is not resolved within **5 business days**, I will be forced to:

- File a complaint with the **Florida Department of Highway Safety and Motor Vehicles (DHSMV)**
- File a **complaint** with the **Florida Attorney General's Office**
- File a **complaint** with the **Better Business Bureau (BBB)** and **Federal Trade Commission (FTC)**
- Explore my legal rights through **small claims court** for damages, fees, and failure to deliver title as required by law

I am hoping we can resolve this without escalation. Please confirm your intent to release the title without the waiver by 06/16/2025, 5 business days from today.

Sincerely,
**Gerald Montaque**









Reply-To: Eve from SCA <support@sca.auction>
To: <geraldmontaque89@gmail.com>

Hello!

Please make sure to sign your e-sign so we can proceed with sending your title.

Eve
SCA

[Quoted text hidden]

SCA from SCA <support@sca.auction>
Reply-To: SCA from SCA <support@sca.auction>
to: <geraldmontaque89@gmail.com>

Mon, Jun 9 at 2:21 PM

Rate your conversation

Gerald Montague <geraldmontaque89@gmail.com>
To: SCA from SCA <support@sca.auction>

Mon, Jun 9 at 4:03 PM

Request for Title Release Without Waiver of Rights Form

Dear SCA Auctions Support

I am writing to request clarification regarding the title release for the 2008 Lexus ES (Vin: JTHBJ46G982210537), which I have fully paid for and received. I was recently sent a "Waiver of Rights and Covenant Not to Sue" form, and it appears that signing this document is being presented as a requirement before my title can be issued.

To be clear, I have already accepted the vehicle as-is, in accordance with the Bill of Sale and your Terms and Conditions. However, I am not comfortable signing a separate waiver that broadly removes my legal rights, especially one that includes a release for potential future claims arising from negligence or other circumstances.

Please confirm whether SCA's policy requires this waiver to be signed for title release, and on what basis — given that payment is complete, the vehicle has been released, and the Bill of Sale has been executed.

If the waiver is not mandatory under company policy or state law, I respectfully request that my title be issued without requiring me to sign this additional legal document.

Thank you for your time and assistance. I look forward to your response.



## FLHSMV

### DIVISION OF MOTORIST SERVICES
### CONSUMER COMPLAINT FORM

FOR OFFICIAL USE ONLY

**TYPE OF COMPLAINT:**

| | | |
|---|---|---|
| ☐ Motor Vehicle Dealer | ☐ Odometer Fraud | Date Opened: _____ |
| ☐ Mobile Home Dealer | ☐ Other | Date Closed _____ |
| ☐ Mobile Home Manufacturer | | Closing Code: _____ |
| ☐ RV Dealer or Manufacturer | | Complaint Number _____ |
| | | Investigator: _____ |

**COMPLAINANT INFORMATION**

Name: Gerald Montaque          Driver License Number: 256 534 082

Address: 114 Berwyn Ave          Date of Birth: 07/24/1989

City: Syracuse     County: Onondaga     State: NY          Zip Code: 13210

Home or Cell Phone Number: 803-747-6778     Work Phone Number: _____

Fax Number: _____     Email Address: geraldmontaque89@gmail.com

**DEALERSHIP INFORMATION**

Dealership Name: SCA Auctions LLC          Dealer License Number: VI 1024970/1

Address: 11799 Jersey Ave S

City: Bloomington     County: _____     State: MN     Zip Code: 55438

Fax Number: _____     Email Address: support@sca auction

Salesperson Name: _____

**VEHICLE OR MOBILE HOME (MH) INSPECTION INFORMATION** 05/27/2025

Year/Make/Model: 2008 Lexus ES 350     Date Purchased: _____     Date Delivered: 05/29/2025

Vehicle Identification Number (VIN): JTHBJ46G682210537     Tag Number: _____

**MOBILE HOME, RECREATIONAL VEHICLE OR PARK TRAILER INFORMATION**
(Complete this section only if a mobile home, recreational vehicle, or park trailer is involved in your complaint.)

Name of Manufacturer: _____

Address: _____

City _____ County: _____ State: _____ Zip Code: _____

*HUD Label: _____          *Florida Seal Number: _____
*HUD Label is a red or silver metal tag on rear of unit. *If unit is a recreational vehicle or park trailer, Florida Seal # will either be near the HUD label or front of unit.

Please complete page two of this form.

HSMV 84901 (Rev. 02/23)



**COMPLAINT AFFIDAVIT**
DESCRIBE THE NATURE OF YOUR COMPLAINT: Please explain your complaint, listing
events in the order in which they occurred. It is important to verify that dates listed are accurate.
**Please enclose copies of any documentation you have related to your complaint.**

WHAT ACTIONS DO YOU FEEL WILL SATISFY YOUR COMPLAINT? Please explain what
actions you feel will satisfy your complaint

Note: You may complete the form, save the document to your computer, scan and attach
ALL supporting documents, including purchase agreement, contracts receipts, cancelled
checks, proof of vehicle insurance, registration, inspection reports, warranty documents,
repair invoices or any other documents relating to your complaint and email us your
completed file. Otherwise, please print off the form and mail the complaint form and copies
of all related documentation so that we may address your concerns as quickly as possible.

Pursuant to s. 320.861, Florida Statutes, information received by the department as a
result of an investigation or examination conducted pursuant to this section is
confidential and exempt from Chapter 119, Florida Statutes, until the investigation or
examination ceases to be active or administrative action taken by the department has
concluded or been made part of a hearing or court proceeding.

Please view the list below and locate the Regional Office responsible for the county the
dealer is located and either email or mail your complaint and all supporting documents to
the appropriate regional office.

Signature: _____   Date: 06/26/2025

HSMV 84901 (Rev. 02/23)



























| | |
|---|---|
| If you made a mistake in your booking: | Please contact Priceline. They will review your case and amend your booking, if possible. Booking mistakes are not covered by your XCover Protection. |
| If your flight is delayed: | Check your XCover Protection wording. Delays have to be longer than the hours outlined in your wording to be covered. If you incur expenses due to the delay, remember to keep documented evidence of all expenses. |
| If your flight is cancelled: | Please contact Priceline. They will review your case and refund you or reschedule your booking. Remember to request documented evidence from them confirming the cause of the cancellation. |
| If you can no longer go on your trip: | If illness, work commitments or a change in personal circumstances prevents you from going on your trip, please check your wording to see if your claim reason is covered. You will need to provide documented evidence, such as a medical certificate when filing your claim. |
| If you cannot travel due to issues with your travel documents: | You are not covered if you cannot travel or are denied boarding due to issues with your travel documents such as, your visa or passport not being approved or up to date. |

**MAKING A CLAIM**



Reference number:          LQW3N-BPACN-INS

Protection period:         May 28, 2025 to June 4, 2025

Travel information         Your United States of America Trip

Your protection            Air Travel Protection

### Need to make a change?

You can update your details, make changes or cancel your XCover Protection in your XCover Account.

**VIEW COVERAGE TERMS**

## BEFORE YOUR TRIP



M Gmail

Gerald Montaque <geraldmontaquen@gmail.com>

**Your protection from Priceline and XCover. Reference: LQW3N-BPACN-INS**

XCover.com <support@xcover.com>
To: geraldmontaquen98@gmail.com

Tue, May 27 at 8:10 PM

XCover.com

Good news Gerald – Your XCover Protection is confirmed.

Good news Gerald – Your XCover Protection is confirmed.

Your purchase with Priceline includes protection from XCover, so you can travel with peace of mind.

We recommend downloading your XCover Protection documents and keeping them with other important documents, such as booking confirmations.

Please note that this protection is only available for United States residents. If you are not a US resident, please cancel your protection within the next 10 days for a full refund. This helpful article explains how.

**VIEW YOUR DOCUMENTS**

## SUMMARY OF YOUR PROTECTION















CERTIFIED MAIL

9589 0710 5270 2263 5759 71

GERALD A. MONTAQUE JR.
233 Glenwood Ave
Syracuse, NY 13207

REC'D by
OCT 20 20
ANGELA E. NO
CLERK U.S. DIST
S. D. OF FLA. -

U.S District Court
Southern District of Florida - MIA
ATTN: Clerk of Court
400 North Miami Avenue, Room 8
Miami FL 33128
RE: GERALD A. MONTAQUE JR. V
SCA AUCTIONS, LLC. Case No. 1: